# EXHIBIT 3

Home (/En/) > News (/En/News/) > Company Events (/En/News/Company-Events/)

# R&D Center of Kangxi Communication Technologies (Shanghai) Co., Ltd was successfully identified as Shanghai Enterprise Technology Center

Release time：2022-10-24 21:52:29    Hits：475

After eight years of development, Kangxi Communication Technologies (Shanghai) Co., Ltd has gradually established a highly specialized, automated, and advanced domestic RF front-end chip R&D center. Most of the R&D teams graduated from Lehigh University in the United States, University of Surrey in the United Kingdom, University of Regina in Canada, and University of California, Los Angeles, Shanghai Jiao Tong University, Xi'an Jiaotong University, Southeast University, University of Electronic Science and Technology of China and other well-known universities, and have overseas work experience in RFaxis (acquired by Skyworks in 2016), RFMD (merged into Qorvo), Anadigics and other internationally renowned RF front-end chip companies, rich experience in RF front-end chip research and development and global technical vision, provide a solid guarantee for the company's technology innovation in the field of RF front-end chips.

Kangxi Communication Wireless RF Front-end Chip R&D Center, after becoming an enterprise R&D institution in Pudong New Area in 2021, has been innovated and upgraded again, and successfully been identified as a Shanghai Enterprise Technology Center in October 2022, named "Kangxi Communication Technology (Shanghai) Co., Ltd. Technology Center".

Announcement original URL:

http://sheitc.sh.gov.cn/jsjb/20221024/62b69d5697a948d497598539508ba2a9.html
(http://sheitc.sh.gov.cn/jsjb/20221024/62b69d5697a948d497598539508ba2a9.html)

---

PREV：KCT won the 2020 "Outstanding supplier" Award of T&W (/En/News/Company-Events/712.html)

NEXT：Kxcomtech\'s Wi-Fi 7 RF Front-End Chip Empowers French Telecoms's Cutting-Edge Router - Freebox Ultra Wi-Fi 7 Router (/En/News/Company-Events/838.html)

## Related reading

## Products

- Front-end Modules (/En/Products/Front-end-Modules/5GHz-FEM/)
- Amplifiers (/En/Products/Amplifiers)
- Switches (/En/Products/Switches)
- LNA + SW Modules (/En/Products/LNA--SW-Modules)
- Diplexers (/En/Products/Diplexers)



Focus on us

## Markets

- Wi-Fi 7 (/En/Markets/WiFi7/Non-Linear-FEM/)
- Wi-Fi 6 (/En/Markets/WiFi6/5GHz-FEM/)
- Wi-Fi 5 (/En/Markets/WiFi5/5GHz-FEM/)
- IoT (/En/Markets/NB-IoTZigBee)
- V2X (/En/Markets/V2X)

## News

- Industry News (/En/News/Industrial-New)
- Company Events (/En/News/Company-Events)
- Applications (/En/News/Applications)

## About Us

## How to buy

> Our Company (/En/About-Us/Our-Company)

> Sales Support (/En/How-to-buy/Sales-support)

> Patents (/En/About-Us/Patents)

> Customer Service (/En/How-to-buy/Customer-service)

> Qualifications (/En/About-Us/Qualifications)

> Distributors (/En/How-to-buy/Distributors)

## Customer Service

+86 2168386910 (tel:+86 2168386910)

Copyright © 2018-2021 Kangxi Communication Technologies (Shanghai) Co., Ltd.

Address：5th Floor, Building 10, No.399 Keyuan Road, Pudong New Area, Shanghai

Tel：+86 2168386910   E-mail：Evan.chen@kxcomtech.com

ICP备案号：沪ICP备17055903号-1 (https://beian.miit.gov.cn/)