# EXHIBIT 4

3/22/24, 5:51 AM                                         Search + California Secretary of State

**California** Secretary of State

Business | UCC

Login

- Home
- Search
- Forms
- Help

# Business Search

The California Business Search provides access to available information for **corporations**, **limited liability companies** and **limited partnerships** of record with the California Secretary of State, with **free PDF copies** of over 17 million imaged business entity documents, including the most recent imaged Statements of Information filed for Corporations and Limited Liability Companies.

Currently, information for Limited Liability Partnerships (e.g. law firms, architecture firms, engineering firms, public accountancy firms, and land survey firms), General Partnerships, and other entity types are **not contained** in the California Business Search. If you wish to obtain information about LLPs and GPs, submit a Business Entities Order paper form to request copies of filings for these entity types. Note: This search is not intended to serve as a name reservation search. To reserve an entity name, select Forms on the left panel and select Entity Name Reservation ? Corporation, LLC, LP.

**Basic Search**

## GRAND CHIP LABS INC (3945169)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 09/12/2016 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | NEVADA |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 14151 NEWPORT AVE. SUITE 204<br>TUSTIN, CA 92780 |
| Mailing Address | 14151 NEWPORT AVE. SUITE 204<br>TUSTIN,CA92780 |
| Statement of Info Due Date | 09/30/2024 |
| Agent | Individual<br>KATHY LI<br>14151 NEWPORT AVE. SUITE 204<br>TUSTIN, CA  92780 |

View History | Request Access

Skip to main content State

| Business | UCC |
|---|---|

- Home
- Search
- Forms
- Help

an entry number, where applicable, **remove "C"** from the entity number. Note, **a basic search** will search **only ACTIVE entities** (Corporations, Limited Liability Companies, Limited Partnerships, Cooperatives, Name Reservations, Foreign Name Reservations, Unincorporated Common Interest Developments, and Out of State Associations). The basic search performs a contains ? keyword? search. The Advanced search allows for a ?starts with? filter. To search entities that have a status other than active or to refine search criteria, use the **Advanced** search feature.

**Advanced Search**

An Advanced search is required when searching for publicly traded disclosure information or a status other than active.

An Advanced search allows for searching by specific entity types (e.g., Nonprofit Mutual Benefit Corporation) or by entity groups (e.g., All Corporations) as well as searching by ? begins with? specific search criteria.

**Disclaimer:** Search results are limited to the 500 entities closest matching the entered search criteria. If your desired search result is not found within the 500

Skip to main content

## GRAND CHIP LABS INC (3945169)



Request Certificate

| | |
|---|---|
| Initial Filing Date | 09/12/2016 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | NEVADA |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 14151 NEWPORT AVE. SUITE 204<br>TUSTIN, CA 92780 |
| Mailing Address | 14151 NEWPORT AVE. SUITE 204<br>TUSTIN,CA92780 |
| Statement of Info Due Date | 09/30/2024 |
| Agent | Individual<br>KATHY LI<br>14151 NEWPORT AVE. SUITE 204<br>TUSTIN, CA  92780 |


View History


Request Access

| Business | UCC |
|---|---|

Home

Search

Forms

Help

results/entities. The California Business Search is updated as documents are approved. The data provided is not a complete or certified record.

Although every attempt has been made to ensure that the information contained in the database is accurate, the Secretary of State's office is not responsible for any loss, consequence, or damage resulting directly or indirectly from reliance on the accuracy, reliability, or timeliness of the information that is provided. All such information is provided "as is." To order certified copies or certificates of status, (1) locate an entity using the search; (2)select Request Certificate in the right-hand detail drawer; and (3) complete your request online.

Grand Ch 

Advanced

Results: 1

| Entity Information | Initial Filing Date |
|---|---|
| GRAND CHIP LABS INC (3945169) | 09/12/2016 |

**GRAND CHIP LABS INC (3945169)**



Request Certificate

| | |
|---|---|
| Initial Filing Date | 09/12/2016 |
| Status | Active |
| Standing - SOS | Good |
| Standing - FTB | Good |
| Standing - Agent | Good |
| Standing - VCFCF | Good |
| Formed In | NEVADA |
| Entity Type | Stock Corporation - Out of State - Stock |
| Principal Address | 14151 NEWPORT AVE. SUITE 204<br>TUSTIN, CA 92780 |
| Mailing Address | 14151 NEWPORT AVE. SUITE 204<br>TUSTIN,CA92780 |
| Statement of Info Due Date | 09/30/2024 |
| Agent | Individual<br>KATHY LI<br>14151 NEWPORT AVE. SUITE 204<br>TUSTIN, CA  92780 |


View History


Request Access

© 2024 CA Secretary of State