# EXHIBIT 5



# LEADING Wireless Future

## Kangxi Communication Technologies
## Product Portfolio

**2023 Q2**

*Leading RF Technologies, Bridging Wireless Communication*





# KCT Product Roadmap

# Product Roadmap – Wi-Fi 5/6 （for CPE, PON, AP Router）





# Product Roadmap – Wi-Fi 6E/7（for Infrastructure）



**Wi-Fi 7**

**KCT87XXHT**
- FCC Compliance
- 5.9~7.125GHz

High Power FEM (5/3.3V)
15dBm @-47dB HE320 5V
24dBm @-30dB VHT80 5V

**Full-Band**

**KCT88XXHT**
- Ultra Wide Band
- 5.15~7.125GHz

Mid-High Power FEM (5/3.3V)
15dBm @-47dB HE320 5V
23dBm @-30dB VHT80 5V

Improve Linearity

**Wi-Fi 6E**

**6E Light**
**KCT86XXHE**
- CEPT Compliance
- 5.9~6.45GHz

Mid-High Power FEM
20dBm @-43dB HE160 5V
24dBm @-30dB HT20 5V

**Optimize High- Band**

**6E**
**KCT87XXHE**
- FCC Compliance
- 5.9~7.125GHz

Mid-High Power FEM (5/3.3V)
19dBm @-43dB HE160 5V
23dBm @-30dB HT20 5V

**Full-Band**

**6E Plus**
**KCT88XXHE**
- Ultra Wide Band
- 5.15~7.125GHz

Mid-High Power FEM (5/3.3V)
15dBm @-43dB HE160 3.3V
20dBm @-30dB VHT80 3.3V

| MP |
| PP |
| CS |
| ES |
| Planning |

**2021H2**          **2022H1**          **2022H2**          **2023H1**

4



# KXcomtech Wi-Fi 7 Portfolio for Qualcomm

| 2.4GHz | 5.15-5.925GHz | 5.9~7.125GHz | 5.15~7.125GHz |
|---|---|---|---|

 *New!*

**KCT 8280HE**
LGA 3x3mm, Vdet & CPLR
22dBm/ EHT40 @-43dB
25.5dBm /HT20 @-30dB
NF = 1.6dB

 *New!*

**KCT 8580HE**
QFN 3x3mm, Vdet & CPLR
20dBm /EHT160 @-43dB
25.5dBm /HT20 @-30dB
NF = 1.7dB

5V
High Power
Linear FEM



**KCT 8270HT**
LGA 3x3mm , Vdet & CPLR
20dBm EHT160 @-43dB
24dBm HT20 @-30dB
NF = 1.4dB

 *New!*

**KCT 8570HT**
QFN 3x3mm, Vdet & CPLR
18dBm EHT160 @-45dB
24dBm HT20 @-30dB
NF = 1.8dB



**KCT 8570HE**
QFN 3x3mm, CPLR & Vdet
17dBm EHT160 @-43dB
24dBm HT20 @-30dB
NF = 1.8dB

 *New!*

**KCT 8770HE**
QFN 3mmx3mm, Vdet & CPLR
15.5dBm EHT160 @-43dB
23.5dBm HT20 @-30dB
NF = 1.8dB

5V
Mid-High
Linear
FEM



**KCT 8270HE**
LGA 3x3mm, CPLR & Vdet
18dBm HE40 @-40dB
20dBm HT20 @-30dB
NF = 1.5dB



**KCT 8571HE**
QFN 3x3mm, CPLR & Vdet
17.5dBm HE160 @-40dB
20dBm HT20 @-30dB
NF = 1.7dB

 *New!*

**KCT 8771HE**
QFN 3x3mm, CPLR & Vdet
13dBm EHT320 @-43dB
20dBm HT20 @-30dB
NF = 1.8dB

 *Coming Soon!*

**KCT 8871HE**
QFN 3x3mm, CPLR & Vdet
15dBm EHT160 @-43dB
19dBm HT20 @-30dB
NF = 2.2dB

3.3V
Mid-High
Linear
FEM



**KCT 8270N**
LGA 3x3mm, Vdet & CPLR
21dBm EHT40 @-43dB wDPD
24.5dBm HT20 @-30dB wDPD
NF = 1.7dB



**KCT 8570N**
QFN 3x3mm, Vdet & CPLR
21dBm EHT160 @-43dB wDPD
24.5dBm HT20 @-30dB wDPD
NF = 1.8dB

 *NEW!*

**KCT 8770N**
QFN 3x3mm, Vdet & CPLR
17dBm EHT320 @-43dB wDPD
24.5dBm HT20 @-30dB wDPD
NF = 1.7dB

 *Coming Soon!*

**KCT 8870N**
QFN 3x3mm, Vdet & CPLR
16dBm EHT160 @-43dB wDPD
24.5dBm HT20 @-30dB wDPD
NF = 2.0dB

3.3~5V
Non-Linear
FEM






# KXcomtech Wi-Fi 6/6E Portfolio Qualcomm

| 2.4GHz | 5.15-5.925GHz | 5.9~6.45GHz | 5.9~7.125GHz |
|---|---|---|---|

**5V**


KCT 8248HE-1   *New!*

LGA 3x5mm, CLPR & Vdet
21.5dBm HE40 @-43dB
25dBm HT20 @-30dB
NF = 1.5dB


KCT 8548HE-1   *New!*

QFN 3x5mm, CPLR & Vdet
19.5dBm HE160 @-43dB
25.5dBm HT20 @-30dB
NF = 1.8dB


KCT 8648HE

QFN 3x5mm, CPLR & Vdet
19.5dBm HE160 @-43dB
24dBm HT20 @-30dB
NF = 2.0dB


KCT 8748HE   *New!*

QFN 3x5mm, CPLR & Vdet
15.5dBm EHT320 @-43dB
23dBm HT20 @-30dB
NF = 1.9dB

**5V   Cost-effective**


KCT 8280SE   *Planning!*

QFN 3x3mm, CPLR & Vdet
22dBm/ EHT40 @-43dB
25.5dBm /HT20 @-30dB
NF = 2.0dB


KCT 8570SD

QFN 3x3mm, CPLR & Vdet
21dBm HE160 @-40dB
24dBm HT20 @-30dB
NF = 2.8dB


KCT 8570SE   *Planning!*

QFN 3x3mm, CPLR & Vdet
18dBm EHT160 @-45dB
24dBm HT20 @-30dB
NF = 2.1dB





# KXcomtech Wi-Fi 6/6E/7 Portfolio Broadcom

| 2.4GHz | 5.15-5.925GHz | 5.9~6.45GHz | 5.9~7.125GHz |
|---|---|---|---|



**Wi-Fi 7**

 

**KCT 8278HT** — ES
LGA 3x5mm, CLPR & Vdet
22dBm EHT40 @-45dB
26dBm HT20 @-30dB
NF = 1.7dB

**KCT 8578HT** — ES
LGA 3x5mm, CLPR & Vdet
17dBm EHT160 @-45dB
25dBm VHT80 @-30dB
NF = 2.1dB

**KCT 8778HT** — ES
LGA 3x5mm, CLPR & Vdet
14dBm EHT320 @-45dB
23dBm VHT80 @-30dB
NF = 2.5dB



**Wi-Fi 6**

**KCT 8243HE**
QFN 3x5mm, Vdet
21.5dBm HE40 @-43dB
26dBm HT20 @-30dB
NF = 1.5dB

**KCT 8285HE**
QFN 3x3mm, Vdet
22dBm HE40 @-43dB
25.5dBm HT20 @-30dB
NF = 1.5dB

**KCT 8528HE-1** — New!
QFN 3x5mm, Vdet
19dBm HE160 @-43dB
25.5dBm HT20 @-30dB
NF = 1.8dB

**KCT 8585HE** — New!
MIS 3x3mm, Vdet
19dBm HE160 @-43dB
25.5dBm HT20 @-30dB
NF = 1.8dB

**KCT 8728HE** — New!
QFN 3x5mm, Vdet
15dBm HE160 @-43dB
23.0dBm HT20 @-30dB
NF = 1.9dB



**KCT 8247HE-1**
MIS 3x3mm, Vdet
20dBm HE40 @-43dB
24dBm HT20 @-30dB
NF = 1.5dB

**KCT 8575HE-1**
MIS 3x3mm, Vdet
19.5dBm HE160 @-43dB
24dBm HT20 @-30dB
NF = 1.7dB

**KCT 8675HE**
MIS 3x3mm, Vdet
20.5dBm HE160 @-43dB
24dBm HT20 @-30dB
NF = 1.8dB

**KCT 8775HE** — TP Mar, MP Jun
MIS 3x3mm, Vdet
15.5dBm EHT320 @-43dB
23.0dBm HT20 @-30dB
NF = 1.9dB



**Wi-Fi 6
Cost-effective**

**KCT 8239SD** — New!
QFN 3x3mm, Vdet
20.5dBm HE40 @-43dB
24.5dBm HT20 @-30dB
NF = 2.5dB

**KCT 8539HE-1** — New!
QFN 3x3mm, Vdet
20.5dBm HE160 @-43dB
24dBm HT20 @-30dB
NF = 1.9dB

**KCT 8539SE** — Planning
QFN 3x3mm, Vdet
20dBm HE160 @-43dB
24dBm HT20 @-30dB
NF = 2.1dB



CONFIDENTIAL MATERIAL, FOR KCT NDA CUSTOMER ONLY



**02** Full Product List

## HT Line | High-End Wi-Fi 7 FEM 2.4G & 5GHz & 6GHz

| Part No. | Frequency (GHz) | Vcc (V) | TX Power@ -40dB(dBm) | TX Power@ -45dB(dBm) | TX Gain (dB) | RX Gain (dB) | RX NF (dB) | Package (mm) | P2P Part | |
|---|---|---|---|---|---|---|---|---|---|---|
| KCT8278HT | 2.4 - 2.5 | 5 | 23.5 | 21.5 | 34 | 18.5 | 1.7 | LGA 24L 3*5*0.812 | SKY85355-11 | QPF4257 |
| KCT8578HT | 5.9 - 7.1 | 5 | 21 | 17 | 30 | 17 | 2.1 | LGA 24L 3*5*0.812 | SKY85799-11 | QPF4557 |
| KCT8778HT | 5.1 - 5.9 | 5 | 19 | 14 | 29 | 13.5 | 2.5 | LGA 24L 3*5*0.812 | SKY85795-11 | QPF4657 |
| KCT8270HT | 2.4 - 2.5 | 5 | 21 | 18 | 30 | 14.5 | 1.4 | LGA 16L 3*3*0.76 | SKY85358-11 | QPF4259 |
| KCT8280HT | 2.4 - 2.5 | 5 | 22.5 | 19.5 | 31.5 | 13.5 | 1.6 | LGA 16L 3*3*0.76 | SKY85358-11 | QPF4259 |
| KCT8570HT | 5.1 - 5.9 | 5 | 21.5 | 18 | 31 | 16.5 | 1.8 | QFN 16L 3*3*0.75 | SKY85791-11 QPF4559 | SKY85797 RTC66506 |

## N Line | N-Line - High Efficiency DPD FEM Solution 2.4G & 5GHz & 6GHz

| Part No. | Frequency (GHz) | Vcc (V) | TX Power With DPD @-40dB(dBm) | TX Power With DPD @-35dB(dBm) | TX Gain (dB) | RX Gain (dB) | RX NF (dB) | Package (mm) |
|----------|-----------------|---------|-------------------------------|-------------------------------|--------------|--------------|------------|--------------|
| KCT8239N | 2.4 - 2.5 | 5 | 22 | 22.8 | 31.5 | 16 | 1.5 | MIS 16L 3*3*0.75 |
| KCT8576N | 5.15 - 5.85 | 5 | 20.5 | 24 | 30.5 | 16.5 | 1.7 | QFN 16L 2.5*2.5*0.55 |
| KCT8539N | 5.15 - 5.95 | 5 | 20.5 | 23.7 | 31.5 | 16 | 1.7 | MIS 16L 3*3*0.75 |
| KCT8270N | 2.4 - 2.5 | 5 | 22 | 23 | 29 | 14 | 1.7 | LGA16L 3*3*0.76 |
| KCT8570N | 5.15 - 5.95 | 5 | 22.5 | 23.5 | 30.5 | 16 | 1.8 | QFN16L 3*3*0.75 |
| KCT8770N | 5.9 - 7.1 | 5 | 22.5 | 24 | 33 | 14 | 1.7 | QFN16L 3*3*0.75 |
| KCT8870N | 5.1 - 7.1 | 5 | 20.5 | 23.5 | 31.5 | 13.5 | 2.0 | QFN16L 3*3*0.75 |
| KCT8278N | 2.4 - 2.5 | 5 | 22 | 24.5 | 33 | 19 | 1.8 | LGA 24L 3*5*0.812 |
| KCT8578N | 5.9 - 7.1 | 5 | 21 | 24 | 32 | 13 | 2.2 | LGA 24L 3*5*0.812 |
| KCT8778N | 5.1 - 5.9 | 5 | 22.5 | 24 | 33 | 14 | 2.0 | LGA 24L 3*5*0.812 |

# HE Line | High-End Wi-Fi 6E FEM - 6GHz

| Part No. | Frequency (GHz) | Vcc (V) | TX Power@ -40dB(dBm) | TX Power@ -35dB(dBm) | TX Gain (dB) | RX Gain (dB) | RX NF (dB) | Package (mm) | P2P Part | |
|---|---|---|---|---|---|---|---|---|---|---|
| KCT8728HE | 5.9 – 7.1 | 5 | 19.5 | 22 | 30.0 | 13.5 | 1.9 | LGA 24L 3*5*0.812 | SKY85780-11 | |
| KCT8748HE | 5.9 – 7.1 | 5 | 19.0 | 21.5 | 29.0 | 13.5 | 1.9 | LGA 24L 3*5*0.812 | SKY85784-11 | QPF4658 |
| KCT8770HE | 5.9 – 7.1 | 5 | 20.0 | 22 | 30.0 | 14.0 | 1.8 | QFN 16L 3*3*0.75 | SKY85783-11 QPF4659 | SKY85798-11 |
| KCT8775HE | 5.9 – 7.1 | 5 | 19.5 | 22 | 30.0 | 14.0 | 1.9 | MIS 16L 3*3*0.57 | SKY85781-11 | QPF4656 |
| KCT8771HE | 5.9 - 7.1 | 3.3 | 18 | 19 | 29.5 | 13.0 | 1.8 | QFN 16L 3*3*0.75 | SKY85783-11 | |
| KCT8773HE | 5.9 - 7.1 | 3.3 | 16.5 | 18.5 | 29 | 13.5 | 2.0 | MIS 16L 3*3*0.55 | SKY85781-11 | QPF4656 |
| KCT8774HE | 5.9 - 7.1 | 3.3 | 17.5 | 18.5 | 30 | 13.5 | 1.9 | QFN 16L 2.5*2.5*0.55 | | QPF4632 |
| KCT8871HE | 5.1 - 7.1 | 3.3 | 15.5 | 18 | 29 | 13 | 2.2 | QFN 16L 3*3*0.75 | | QPF4730 |
| KCT8648HE | 5.9 - 6.4 | 5 | 21 | 23 | 31 | 14.5 | 2.0 | QFN 24L 3*5*0.75 | SKY85784-11 | QPF4658 |
| KCT8675HE | 5.9 - 6.4 | 5 | 22 | 23 | 32 | 15.5 | 1.8 | MIS 16L 3*3*0.57 | SKY85781-11 | QPF4656 |

## HE Line | High-End Wi-Fi 6 FEM - 5GHz

| Part No. | Frequency (GHz) | Vcc (V) | TX Power@ -40dB(dBm) | TX Power@ -35dB(dBm) | TX Gain (dB) | RX Gain (dB) | RX NF (dB) | Package (mm) | P2P Part | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KCT8528HE | 5.15 – 5.85 | 5 | 21 | 23.5 | 31.5 | 16 | 1.7 | QFN 24L 3*5*0.75 | SKY85743-21 | QPF4516B | RTC7678O |
| KCT8548HE | 5.15 – 5.85 | 5 | 21 | 23 | 30.5 | 16 | 1.9 | QFN 24L 3*5*0.75 | SKY85747-11 | QPF4588 | RTC66504 |
| KCT8528HE-1 | 5.15 – 5.85 | 5 | 22 | 24 | 30 | 17 | 1.8 | QFN 24L 3*5*0.75 | SKY85743-21 | QPF4516B | RTC7678O |
| KCT8548HE-1 | 5.15 – 5.925 | 5 | 22 | 24 | 30.5 | 16.5 | 1.8 | QFN 24L 3*5*0.75 | SKY85747-11 | QPF4588 | RTC66504 |
| KCT8570HE | 5.15 – 5.85 | 5 | 20.5 | 22.5 | 30.5 | 16.5 | 1.8 | QFN 16L 3*3*0.75 | SKY85791-11 QPF4559 | SKY85797 RTC66506 | |
| KCT8571HE | 5.15 – 5.85 | 3.3 | 17.5 | 19 | 30 | 16.5 | 1.7 | QFN 16L 3*3*0.55 | SKY85750-11 | QPF4528 | |
| KCT8580HE | 5.15 – 5.85 | 5 | 22.5 | 24.5 | 30 | 16.5 | 1.7 | QFN 16L 3*3*0.75 | SKY85791-11 QPF4559 | SKY85797 RTC66506 | |
| KCT8575HE | 5.15 – 5.85 | 5 | 21.5 | 23 | 32 | 16.5 | 1.7 | MIS 16L 3*3*0.57 | SKY85755-11 | QPF4526 | |
| KCT8575HE-1 | 5.15 – 5.85 | 5 | 21.5 | 23 | 31 | 17.5 | 1.7 | MIS 16L 3*3*0.57 | SKY85755-11 | QPF4526 | |
| KCT8585HE | 5.15 – 5.85 | 5 | 22 | 24.0 | 30.5 | 17 | 1.8 | MIS 16L 3*3*0.57 | SKY85755-11 | QPF4526 | |

**Wi-Fi Infrastructure**

## HE Line | High-End Wi-Fi 6 FEM - 5GHz

| Part No. | Frequency (GHz) | Vcc (V) | TX Power@ -40dB(dBm) | TX Power@ -35dB(dBm) | TX Gain (dB) | RX Gain (dB) | RX NF (dB) | Package (mm) | P2P Part | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KCT8539HE | 5.15 − 5.85 | 5 | 21.5 | 23 | 31 | 16.5 | 1.7 | QFN 16L 3*3*0.75 | QPF4526 | QPF4506B | RTC7676E |
| KCT8531HE | 5.15 − 5.85 | 5 | 21.5 | 23 | 31 | 16.5 | 1.7 | QFN 16L 3*3*0.75 | QPF4526 | QPF4506B | RTC7676E |
| KCT8539HE-1 | 5.15 − 5.85 | 5 | 21.5 | 23 | 31 | 16.5 | 1.9 | QFN 16L 3*3*0.75 | QPF4526 | QPF4506B | RTC7676E |
| KCT8547HE-1 | 5.15 − 5.85 | 5 | 19 | 20.5 | 29 | 16 | 1.6 | MIS 16L 3*3*0.55 | QPF4506B | | |
| KCT8545HE | 5.15 − 5.85 | 5 | 19 | 21.5 | 30 | 16 | 1.8 | QFN 16L 2.5*2.5*0.55 | QPF4550 | | |
| KCT8546HE(Q) | 5.15 − 5.85 | 5 | 19.5 | 20.5 | 30 | 16 | 1.7 | QFN 16L 2.5*2.5*0.55 | QPF4550 | RTC66534 | |
| KCT8546QL | 5.15 − 5.85 | 3.3 | 16 | 17.5 | 29.5 | 16.5 | 1.8 | QFN 16L 2.5*2.5*0.55 | QPF4550 | QPF4532 | |
| KCT8576HE | 5.15 − 5.85 | 5 | 21 | 23 | 30.5 | 15.5 | 1.8 | QFN 16L 2.5*2.5*0.55 | SKY85746-11 | QPF4551 | |
| KCT8574HE | 5.15 − 5.85 | 3.3 | 18 | 19.5 | 30 | 16.5 | 1.7 | QFN 16L 2.5*2.5*0.55 | SKY85748-11 | QPF4532 | RTC7699 |

# HE Line | High-End Wi-Fi 6 FEM – 2.4GHz

| Part No. | Frequency (GHz) | Vcc (V) | TX Power@ -40dB(dBm) | TX Power@ -35dB(dBm) | TX Gain (dB) | RX Gain (dB) | RX NF (dB) | Package (mm) | P2P Part |
|---|---|---|---|---|---|---|---|---|---|
| KCT8243HE | 2.4 – 2.5 | 5 | 22.5 | 24.5 | 33.5 | 15 | 1.5 | QFN 24L 3*5*0.75 | SKY85331-11  QPF4216  RTC7647O |
| KCT8248HE | 2.4 – 2.5 | 5 | 21.5 | 23.5 | 33.5 | 16 | 1.5 | QFN 24L 3*5*0.75 | SKY85333-11  QPF4288  RTC66204 |
| KCT8248HE-1 | 2.4 – 2.5 | 5 | 23 | 24.5 | 33.5 | 15 | 1.5 | LGA 24L 3*5*0.812 | SKY85333-11  QPF4288  RTC66204 |
| KCT8276HE | 2.4 – 2.5 | 5 3.3 | 22.5 19.5 | 24.5 21 | 31.5 31.5 | 16 16 | 1.7 1.7 | QFN 16L 3*3*0.55 | SKY85326-11  QPF4200 |
| KCT8270HE | 2.4 – 2.5 | 5 3.3 | 21 18 | 23 19 | 30 29 | 14.5 14.5 | 1.4 1.5 | LGA 16L 3*3*0.76 | SKY85340-11  QPF4228  RTC66266 |
| KCT8280HE | 2.4 – 2.5 | 5 | 22.5 | 24.0 | 31.5 | 13.5 | 1.6 | LGA 16L 3*3*0.76 | SKY85358-11  QPF4259 |
| KCT8247HE-1 | 2.4 – 2.5 | 5 | 21 | 22.5 | 30 | 15.5 | 1.5 | MIS 16L 3*3*0.57 | SKY85337-11  QPF4206B  RTC7646E |
| KCT8285HE | 2.4 – 2.5 | 5 | 23 | 24.5 | 34 | 15.5 | 1.5 | MIS 16L 3*3*0.57 | SKY85337-11  QPF4206B  RTC7646E |
| KCT8246HE(Q) | 2.4 – 2.5 | 5 | 20.5 | 23 | 30 | 16 | 1.5 | QFN 16L 3*3*0.55 | SKY85326-11  QPF4200  RTC66266 |
| KCT8246QL | 2.4 – 2.5 | 3.3 | 17 | 19.5 | 29.5 | 15 | 1.6 | QFN 16L 3*3*0.55 | SKY85319-11  QPF4200 |
| KCT8237HE | 2.4 – 2.5 | 5 | 21.5 | 22.5 | 30 | 15.5 | 1.6 | QFN 16L 3*3*0.55 | SKY85347-11 |

## S & SD LINE | High Cost-Performance Wi-Fi 6 FEM 2.4G & 5GHz

| Part No. | Frequency (GHz) | Vcc (V) | TX Power@ -40dB(dBm) | TX Power@ -35dB(dBm) | TX Gain (dB) | RX Gain (dB) | RX NF (dB) | Package (mm) | P2P Part |
|---|---|---|---|---|---|---|---|---|---|
| KCT8239S | 2.4 − 2.5 | 5 | 20.5 | 22 | 29 | 19 | 2.6 | MIS16L 3*3*0.55 | SKY85337-11  QPF4206B  RTC7646 |
| KCT8239SD | 2.4 − 2.5 | 5 | 21.5 | 23.5 | 30 | 15.5 | 2.5 | QFN16L 3*3*0.75 | SKY85337-11  QPF4206B  RTC7646 |
| KCT8245SD | 2.4 − 2.5 | 5 | 22 | 23 | 31 | 15 | 2.6 | QFN16L 2.5*2.5*0.55 | QPF4211 |
| KCT8539SD | 5.15 − 5.85 | 5 | 20 | 21.5 | 30 | 14 | 3.1 | QFN16L 3*3*0.75 | QPF4555B  RTC7676 |
| KCT8531SD-1 | 5.15 − 5.85 | 5 | 22 | 23 | 30.5 | 13.5 | 3.0 | QFN16L 3*3*0.75 | QPF4526   RTC7676 |
| KCT8539SD-1 | 5.15 − 5.85 | 5 | 22 | 23 | 30.5 | 13.5 | 3.0 | QFN16L 3*3*0.75 | QPF4526   RTC7676 |
| KCT8539S-1 | 5.15 − 5.85 | 5 | 20.5 | 22.5 | 32 | 17 | 1.8 | MIS16L 3*3*0.57 | SKY85755-11  QPF4526  RTC7676E |
| KCT8539S | 5.15 − 5.85 | 5 | 20 | 21.5 | 30 | 14 | 2.6 | LGA16L 3*3*0.85 | QPF4555B  RTC7676 |
| KCT8539S-M | 5.15 − 5.85 | 5 | 19 | 21.5 | 30 | 15 | 2.6 | MIS16L 3*3*0.55 | QPF4555B  RTC7676 |
| KCT8570SD | 5.15 − 5.85 | 5 | 21 | 23 | 30.5 | 14.5 | 2.9 | QFN16L 3*3*0.75 | SKY85791-11  QPF4559  RTC66506 |

## H LINE | High-End Wi-Fi 5 FEM – 2.4GHz

| Part No. | Frequency (GHz) | Vcc (V) | TX Power@ -35dB(dBm) | TX Power@ -30dB(dBm) | TX Gain (dB) | RX Gain (dB) | RX NF (dB) | Package (mm) | P2P Part | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| KCT8223H | 2.4 – 2.5 | 5 | 23.5 | 24.5 | 30.5 | 15.5 | 1.5 | QFN16L 3*3*0.55 | SKY85319-11 | RFFM4252 | RTC7625HE |
| KCT8227H | 2.4 – 2.5 | 5 | 22 | 23.5 | 31 | 15 | 1.6 | QFN16L 2.5*2.5*0.55 | SKY85303-21 | | RTC7626HE |
| KCT8232H | 2.4 – 2.5 | 5 | 23.5 | 25 | 32.5 | 15 | 2.0 | QFN24L 3*5*0.75 | SKY85309-11 | QPF4219 | RTC7662 |
| KCT8523H | 5.15 – 5.85 | 5 | 22.5 | 24 | 30 | 15.5 | 2.0 | QFN16L 3*3*0.55 | SKY85712-21 | RFFM4552 | RTC5639E |
| KCT8526H | 5.15 – 5.85 | 5 | 23 | 24 | 31 | 16.5 | 1.7 | QFN16L 3*3*0.55 | SKY85712-21 | RFFM4552 | RTC5639E |
| KCT8527H | 5.15 – 5.85 | 5 | 22.5 | 23.5 | 32 | 16.5 | 1.6 | QFN16L 2.5*2.5*0.55 | SKY85746-11 | | RTC5638HE |
| KCT8528H | 5.15 – 5.85 | 5 | 23.5 | 25 | 32 | 16 | 1.7 | QFN24L 3*5*0.75 | SKY85728-11 | QPF4519 | RTC7672 |

# D LINE | High Cost-Performance Wi-Fi 5 FEM - 5GHz

| Part No. | Frequency (GHz) | Vcc (V) | TX Power@ -35dB(dBm) | TX Power@ -30dB(dBm) | TX Gain (dB) | RX Gain (dB) | RX NF (dB) | Package (mm) | P2P Part | |
|---|---|---|---|---|---|---|---|---|---|---|
| KCT8522D | 5.15 − 5.85 | 5 | 21.5 | 22.5 | 30.5 | 14 | 3.0 | QFN16L 3*3*0.55 | SKY85712-21 | RTC5639 |
| KCT8523D | 5.15 − 5.85 | 5 | 22.5 | 23.5 | 31.5 | 15 | 3.0 | QFN16L 3*3*0.55 | SKY85712-21 | RTC5639E |
| KCT8525D | 5.15 − 5.85 | 5 | 20.5 | 21.5 | 30.5 | 13.5 | 3.0 | QFN16L 2.5*2.5*0.55 | SKY85717-21 | RTC5638HS |
| KCT8525D-1 | 5.15 − 5.85 | 5 | 21.5 | 22.5 | 31 | 14 | 2.8 | QFN16L 2.5*2.5*0.55 | SKY85717-21 | RTC5638H |
| KCT8529D | 5.15 − 5.85 | 5 | 22 | 23 | 31 | 14 | 2.8 | QFN16L 2.5*2.5*0.55 | SKY85746-11 | RTC5638HE |
| KCT8529D-1 | 5.15 − 5.85 | 5 | 22.5 | 23.5 | 31 | 14 | 2.8 | QFN16L 2.5*2.5*0.55 | SKY85746-11 | RTC5638HE |
| KCT8534D | 5.15 − 5.85 | 3.3 | 17 | 19.5 | 30.5 | 14 | 3.0 | QFN16L 2.5*2.5*0.55 | SKY85717-21 | RTC5638H |

# D LINE | High Cost-Performance Wi-Fi 5 FEM – 2.4GHz

| Part No. | Frequency (GHz) | Vcc (V) | TX Power@ -35dB(dBm) | TX Power@ -30dB(dBm) | TX Gain (dB) | RX Gain (dB) | RX NF (dB) | Package (mm) | P2P Part | |
|---|---|---|---|---|---|---|---|---|---|---|
| KCT8226D | 2.4 – 2.5 | 5 | 21.5 | 22.5 | 27.5 | 16.5 | 3 | QFN16L 3*3*0.55 | SKY85310-21 | RTC7625H |
| KCT8226D-1 | 2.4 – 2.5 | 5 | 23 | 24 | 30.5 | 17.5 | 2.7 | QFN16L 3*3*0.55 | SKY85310-21 | RTC7625H |
| KCT8227B | 2.4 – 2.5 | 5 | 22 | 23 | 29.5 | 16 | 3.3 | QFN16L 2.5*2.5*0.55 | SKY85303-21 | RTC7626H/HE/HS |
| KCT8227D | 2.4 – 2.5 | 5 | 21.5 | 22.5 | 28 | 16 | 3 | QFN16L 2.5*2.5*0.55 | SKY85303-21 | RTC7626HS |
| KCT8227D-1 | 2.4 – 2.5 | 5 | 23 | 24 | 30.5 | 17 | 2.6 | QFN16L 2.5*2.5*0.55 | SKY85303-21 | RTC7626HS |
| KCT8229D | 2.4 – 2.5 | 5 | 21.5 | 22.5 | 27.5 | 16.5 | 3 | LGA16L 2.5*2.5*0.83 | SKY85330-21 | SKY85329-21 |
| KCT8229D-1 | 2.4 – 2.5 | 5 | 22.5 | 23.5 | 28 | 15 | 3.4 | LGA16L 2.5*2.5*0.83 | SKY85330-21 | SKY85329-21 |
| KCT8236D | 2.4 – 2.5 | 5 | 23.5 | 24.5 | 30 | 15.5 | 2.5 | QFN16L 3*3*0.75 | | |

## C LINE| High Cost-Effective Wi-Fi 5 FEM Solution - 5GHz

| Part No. | Frequency (GHz) | Vcc (V) | TX Power@ -35dB(dBm) | TX Power@ -30dB(dBm) | TX Gain (dB) | RX Gain (dB) | RX NF (dB) | Package (mm) | P2P Part | |
|---|---|---|---|---|---|---|---|---|---|---|
| KCT8533C | 5.15-5.85 | 3.3 | 18 | 19 | 29 | 12 | 3.0 | QFN16L 3*3*0.55 | SKY85703-11 | RTC5633 |
| KCT8535C | 5.15-5.85 | 5 3.3 | 21.5 18 | 22.5 19 | 28 28 | 12 12 | 3.0+ 3.0+ | LGA12L 2*2*0.75 | SKY85734-11 | SKY85735-11 |
| KCT8536C | 5.15-5.85 | 5 3.3 | 20.5 17 | 21.5 18 | 27.5 26.5 | 13 12.5 | 3.0+ 3.0+ | LGA12L 2*2*0.76 | SKY85734-11 | SKY85735-11 |
| KCT8537C | 5.15-5.85 | 5 | 21 | 22 | 29 | 13 | 3.0 | QFN16L 2.3*2.3*0.55 | SKY85753-11 | |

## RF Switch

| Part No. | Function | VDD (V) | Frequency (GHz) | Tsw (ns) | Interface | P - 0.1dB (dBm) | Insertion Loss (dB) | Isolation (dB) | Package (mm) | P2P Part |
|---|---|---|---|---|---|---|---|---|---|---|
| KCT2821L | SPDT for WiFi5 | 3.0~3.6 | 1.0~3.0 | 150 | GPIO | 32 | 0.60@ 2.4~2.5 GHz<br>0.65@ 1.0~3.0 GHz | 23 @ 2.4~2.5 GHz<br>20 @1.0~3.0 GHz | SC-70, 6L, 1.25*2.1 | SKY13343<br>RTC6603SP |
| KCT2823L | SP3T for WiFi6/6E | 1.6~4.2 | 1.0~7.2 | 120 | GPIO | 32 | 0.55@ 5.8 GHz<br>0.85@ 7.2 GHz | 40@ 5.8 GHz<br>26@ 7.2 GHz | QFN, 1.1*1.1 | RTC66014<br>MXD8730L |
| KCT2824L | DPDT for WiFi6/6E/7 | 1.6~4.2 | 0.5~7.125 | 120 | GPIO | 32 | 0.55@ 5.8 GHz<br>0.95@ 7.2 GHz | 40@ 5.8 GHz<br>30@ 7.2 GHz | DFN, 1.5*1.5 | SKY13355<br>RTC66015 |
| KCT2825L | SPDT for WiFi6/6E | 1.6~4.2 | 0.5~7.125 | 55 | GPIO | 34 | 0.55@ 5.8 GHz<br>0.65@ 7.2 GHz | 28@ 5.8 GHz<br>25@ 7.2 GHz | DFN, 6L, 1.0*1.0 | SKY13585<br>RTC7608<br>MXD8723E |
| KCT2826L | SPDT for WiFi5 | 3.0~3.6 | 0.1~6.0 | 250 | GPIO | 32 | 0.55 @ 2.4~2.5GHz<br>0.60 @ 0.1~3.0GHz<br>0.80 @ 3.0~6.0GHz | 34 @ 2.4~2.5GHz<br>33 @ 0.1~3.0GHz<br>23 @ 3.0~6.0GHz | DFN, 6L, 1.5*1.5 | SKY13314<br>RTC6609SP |
| KCT2828L | SPDT for WiFi5/6 | 3.0~3.6 | 1.0~6.0 | 250 | GPIO | 32 | 0.40 @ 2.4~2.5GHz<br>0.50 @ 1.0~3.0GHz<br>0.70 @ 3.0~6.0GHz | 29 @ 2.4~2.5GHz<br>28 @ 1.0~3.0GHz<br>26 @ 3.0~6.0GHz | DFN, 6L, 1.0*1.0 | SKY13351<br>RTC6608OSP |
| KCT2829L | SPDT for WiFi5/6/6E | 3.3 | 0.5~7.125 | 120 | GPIO | 32 | 0.55@ 5.8 GHz<br>0.65@ 7.2 GHz | 28@ 5.8 GHz<br>25@ 7.2 GHz | DFN, 1.0*1.0 | SKY13351<br>RTC6608<br>MXD8721E |

# Wi-Fi Infrastructure

## RF PA

| Part No. | Frequency (GHz) | Vcc (V) | TX Power@ -35dB(dBm) | TX Power@- 30dB(dBm) | TX Gain (dB) | Package (mm) | P2P Part | |
|---|---|---|---|---|---|---|---|---|
| KCT6225H | 2.4~2.5 | 5 | 24.5 | 25.5 | 31.5 | QFN16L 3*3*0.75 | SE2623L | SE2576 |
| KCT6526H | 5.15~5.8 | 5 | 22.5 | 24.0 | 32.5 | QFN20L 4*4*0.75 | SKY85402-11 | RFFM5542 |

## Dual-Band Wi-Fi 5 FEM

| Part No. | Vcc (V) | TX Power@ -35dB(dBm) | TX Gain (dB) | TX Icq (mA) | RX Gain (dB) | RX NF (dB) | Package (mm) | P2P Part |
|---|---|---|---|---|---|---|---|---|
| KCT8822L | 3.3 | 17 @2.4G 17 @5G | 31 @2.4G 31 @5G | 150 @2.4G 150 @5G | 16 @2.4G 16 @5G | 3.2 @2.4G 3.2 @5G | LGA24L 4*4*0.75 | SE5516 |

# Wi-Fi Infrastructure

## Filter

| Part No. | Description | Frequency (GHz) | Insertion Loss (dB) | Attenuation (dB) | Package (mm) | P2P |
|----------|-------------|-----------------|---------------------|------------------|--------------|-----|
| KCT3231 | 2.4GHz Wi-Fi | 2.4 | 1.8 | 33 dB @1559~1606MHz<br>53 dB @2300~2370MHz<br>43 dB @2510~2690MHz | 1.4*1.1*0.73 | SAFEA2G45MCOFOA |
| KCT3232 | 2.4GHz Wi-Fi (Cost-Effective) | 2.4 | 1.4 | 30 dB @1559~1606MHz<br>39 dB @2300~2370MHz<br>42 dB @2510~2570MHz | 1.1*0.9*0.65 | SAFFB2G45MAOFOA |
| KCT3233 | 2.4GHz Wi-Fi (High Performance) | 2.4 | 1.5 | 33 dB @1559~1606MHz<br>53 dB @2300~2370MHz<br>49 dB @2500~2505MHz | 1.1*0.9*0.65 | SAFOA2G45MAOGOA |

## Diplexer

| Part No. | Frequency (GHz) | Isolation (dB) | Insertion Loss (dB) | Return Loss (dB) | Attenuation (dB) | Package (mm) |
|----------|-----------------|----------------|---------------------|------------------|------------------|--------------|
| KCT2494G93T01AB | 2400-2496<br>4900-5950 | 30 @ 0.03~2.7GHz<br>28 @ 4.9-5.95GHz | 0.50 @2.4~2.5GHz<br>1.10 @4.9~5.95GHz | 18 @2.4~2.5GHz<br>20 @4.9~5.95GHz | 28 @4.8~5.95GHz<br>17 @9.8~11.9GHz | 1.6*0.8mm |
| KCT2494G93T11AB | 2400-2496<br>4900-5950 | 30 @ 0.03~2.7GHz<br>28 @ 4.9-5.95GHz | 0.50 @2.4~2.5GHz<br>1.10 @4.9~5.95GHz | 18 @2.4~2.5GHz<br>20 @4.9~5.95GHz | 28 @4.8~5.95GHz<br>17 @9.8~11.9GHz | 1.6*0.8mm |
| KCT2494G93J0JAA | 2400-2500<br>5150-7125 | 39 @ 2.4 - 2.5GHz<br>35 @ 5.15-7.125GHz | 0.56 @ 2.4 - 2.5GHz<br>0.88 @ 5.15-7.125GHz | 20 @ 2.4 - 2.5GHz<br>14 @ 5.15-7.125GHz | 41 @ 2.4 - 2.5GHz<br>40 @15.15-17.625GHz | 1.6*0.8mm |

## RF FEM

| Part No. | Frequency (GHz) | Voltage (V) | Psat (dBm) | RX NF (dB) | Package (mm) | P2P Part |
|----------|-----------------|-------------|------------|------------|--------------|----------|
| KCT8101L | 0.78~0.96 | 3.3 | 27.5 | 3.0 | QFN16L 3*3*0.75 | RFX1010 |
| RT201 | 2.4~2.5 | 3.3 | 22.5 | 3.0 | QFN16L 3*3*0.75 | RFX2401C |
| RT202 | 2.4~2.5 | 3.3 | 22.5 | 3.0 | QFN16L 3*3*0.75 | RFX2402E |
| KCT8204L | 2.4~2.5 | 3.3 | 22.5 | 3.0 | QFN16L 3*3*0.55 | / |
| KCT8205L | 2.4~2.5 | 3.3 | 22.5 | 3.0 | QFN16L 3*3*0.75 | RFX2411N |
| KCT8206L | 2.4~2.5 | 3.3 | 21.5 | 3.0 | QFN16L 3*3*0.75 | RFX2401C |

## LNA/SW

| Part No. | Frequency (GHz) | Vcc (V) | LNA Gain (dB) | NF (dB) | Bypass Loss (dB) | Package (mm) | P2P Part |
|----------|-----------------|---------|---------------|---------|------------------|--------------|----------|
| KCT4521L | 5.15~5.85 | 3.3 | 17 | 1.9 | 4.5 | QFN16L 2.3*2.3*0.55 | RFFM4554 |
| KCT4221L | 2.4~2.5 | 3.3 | 15 | 1.4 | 6 | QFN16L 2.3*2.3*0.55 | SKY85201  RTC7663 |
| KCT4222L | 2.4~2.5 | 3.3 | 10 | 2.5 | 1.5 | QFN16L 2.3*2.3*0.55 | SKY85201  RTC7663 |

## Wireless Connectivity

### WLAN FEM

| Part No. | Protocol | Vcc (V) | TX Power @ -35dB (dBm) | TX Icq (mA) | RX NF (dB) | Package (mm) | Qualcomm Platform | P2P Part | |
|---|---|---|---|---|---|---|---|---|---|
| KCT8552C | Wi-Fi 5 | 3.3 | 17.5 | 200 | 3.0 | QFN16L 2.3*2.3*0.55 | QCA6164A QCA6174A QCA9377 | SKY85716-11 | RFFM8528 |
| KCT8553C | Wi-Fi 5 | 3.3 3.7 | 18 19 | 200 210 | 3.0 3.0 | QFN16L 2.3* 2.3 *0.55 | WCN3660B  WCN3680B (3rd Generation) | SKY85720-11 RFFM8516 | SKY85742-11 RTC7637S |
| KCT8255HE | Wi-Fi 6 | 3.8 | 21.5 | 150 | 2.2 | MIS 16L, 2.0*2.4*0.65 | WCN6850/51 WCN6855/56 | WLAN7207H | QM42195 |

## Automotive V2X

### 5GHz FEM

| Part No. | Vcc (V) | Output Power TC1 (dBm) | Gain (dB) | LTE EVM % | ACPR (dBc) | TX Icq (mA) | RX Gain (dB) | RX NF (dB) | Package (mm) | P2P Part |
|---|---|---|---|---|---|---|---|---|---|---|
| KCT7526AT | 5 | 26 | 31 | 3.2 | -36 | 165 | 15.5 | 1.7 | QFN16L 3*3*0.55 | RFFM8500Q |
| KCT7528AT | 5 | 27 | 30 | 3.2 | -36 | 195 | 17 | 1.8 | QFN24L 3*5*0.75 | SKY21043 |

# Naming Rule

## KCT8548HE-1

| Function type | |
|---|---|
| 2 | Switch |
| 3 | Filter |
| 4 | LNA/SW |
| 6 | PA |
| 7 | Automotive C-V2X |
| 8 | FEM |
| 9 | iFEM (integrated FEM) |

| Frequency band | |
|---|---|
| 1 | Sub 1GHz |
| 2 | 2.4GHz |
| 3 | N77/N78 Band |
| 5 | 5GHz |
| 6 | 6E EU Band |
| 7 | 6E US Band |
| 8 | Dual Band |

| Protocol / Customization / Function | |
|---|---|
| C, D, H | Wi-Fi 5 Products |
| S, SD, HE | Wi-Fi 6 Products |
| HT | Wi-Fi 7 Products |
| AT | Automotive Products |
| Q, QL | Quantenna Platform |
| L | Low Voltage Product |
| N | Linearizable FEM |

| Application | |
|---|---|
| 0,1 | Bluetooth / NB-IoT/ ZigBee |
| 2,3,4,7,8 | Wi-Fi Infrastructure |
| 5,6, | Cellular |

25



*Leading  RF Technologies, Bridging Wireless Communication*

# Thank you



WEB： [http://www.kxcomtech.com/](http://www.kxcomtech.com/)

Copyright 2018  Kangxi Communication Technologies (shanghai) Co., Ltd. All Rights Reserved..

Address: 5th Floor, Building 10 No.399 Keyuan Road, Pudong New Area, Shanghai.

TEL：021-68386910

Note: This document is subject to the latest released version, the previous data is invalid