# EXHIBIT 6

| ENTITY INFORMATION |
|---|

| ENTITY INFORMATION |
|---|

**Entity Name:**

GRAND CHIP LABS INC

**Entity Number:**

E0368252016-4

**Entity Type:**

Domestic Corporation (78)

**Entity Status:**

Active

**Formation Date:**

08/21/2016

**NV Business ID:**

NV20161493127

**Termination Date:**

**Annual Report Due Date:**

8/31/2024

**Compliance Hold:**

| REGISTERED AGENT INFORMATION |
|---|

**Name of Individual or Legal Entity:**

Registered Agents Inc.*

**Status:**

Active

**CRA Agent Entity Type:**

**Registered Agent Type:**

Commercial Registered Agent

**NV Business ID:**

**Office or Position:**

Manager

**Jurisdiction:**

**Street Address:**

401 Ryland st, ste 200a, Reno, NV, 89502, USA

**Mailing Address:**

## OFFICER INFORMATION

☐ VIEW HISTORICAL DATA

| Title | Name | Address | Last Updated | Status |
|---|---|---|---|---|
| President | PING PENG | 2692 BELGREEN ST, LAS VEGAS, NV, 89135, USA | 07/04/2022 | Active |
| Secretary | KATHY LI | 2692 BELGREEN ST, LAS VEGAS, NV, 89135, USA | 07/04/2022 | Active |
| Treasurer | PING PENG | 2692 BELGREEN ST, LAS VEGAS, NV, 89135, USA | 07/04/2022 | Active |
| Director | PING PENG | 2692 BELGREEN ST, LAS VEGAS, NV, 89135, USA | 07/04/2022 | Active |

Page 1 of 1, records 1 to 4 of 4

## CURRENT SHARES

| Class/Series | Type | Share Number | Value |
|---|---|---|---|
|  | Authorized | 10,000 | 0.010000000000 |

Page 1 of 1, records 1 to 1 of 1

Number of No Par Value Shares:

0

Total Authorized Capital:

**100**

Filing History      Name History      Mergers/Conversions

Return to Search      Return to Results