# EXHIBIT 7



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

April 2, 2024

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF A DOCUMENT RECORDED ON

June 2, 2004

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Rodney Glover
Certifying Officer

| | | |
|---|---|---|
| Form **PTO-1595** (Rev. 10/02) OMB No. 0651-0027 (exp. 6/30/2005) U.S. DEPARTMENT OF COMMERCE | 102761081 | U.S. DEPARTMENT OF COMMERCE U.S. Patent and Trademark Office Our File No. 115-34USCIP/12667/100126 |

To the Honorable Commissioner of Patents and Trademarks: Please record the attached original documents or copy thereof.

**1. Name of conveying party(ies):**

James H. Derbyshire
Alan J.A. Trainor

6.2.04

Additional name(s) of conveying party(ies) attached?  ☐ Yes  ☒ No

**2. Name and address of receiving party(ies)**

Name: SiGe Semiconductor Inc.
Street Address: 2680 Queensview Drive
City: Ottawa
Province: Ontario
Postal Code: K2B 8J9
Country: Canada

**3. Nature of conveyance:**

☒ Assignment   ☐ Merger
☐ Security Agreement   ☐ Change of Name
☐ Other:

Execution Date:  May 28, 2004 & May 27, 2004

Additional name(s) & address(es) attached?  ☐ Yes  ☒ No

**4. Application Number(s) or patent number(s):**

If this document is being filed together with a new application, the execution date of the application is: May 28, 2004 & May 27, 2004

A. Patent Application No.(s): 10857938

B. Patent No.(s):

Additional numbers attached?  ☐ Yes  ☒ No

**5. Name and address of party to whom correspondence concerning document should be mailed:**

Name: Freedman & Associates
Street Address: 117 Centrepointe Drive, Suite 350
City: Nepean
Province: Ontario
Postal Code: K2G 5X3
Country: Canada

**6. Total number of applications and patents involved: 1**

**7. Total fee (37 CFR 3.41    $40.00**

☒ Authorized to be charged to deposit account

**8. Deposit account number:**

50-1142

(Attach duplicate copy of this page if paying by deposit account)

**DO NOT USE THIS SPACE**

**9. Statement and signature.**

To the best of my knowledge and belief, the foregoing information is true and correct and any attached copy is a true copy of the original document.

Gary Morris, Reg. No. 40,735
(Name of Person Signing)

(Signature)

June 2, 2004
(Date)

Total number of pages including cover sheet, attachments, and documents: **4**

Mail documents to be recorded with required cover sheet information to:
Commissioner of Patents & Trademarks, Box Assignments
Washington, D.C. 20231

06/08/2004 GTON11   00000072 501142   10857938
01 FC:8021   40.00 BA

**PATENT**
**REEL: 015432 FRAME: 0084**

# ASSIGNMENT OF INVENTION
## UNIVERSAL

**WHEREAS, We**

**James H. Derbyshire,** whose full post office address is
470 Manor Avenue, Ottawa, Ontario, K1M 0H9, Canada

**Alan J.A. Trainor,** whose full post office address is
1 Jocelyns, Harlow, Essex, CM17 0BT, United Kingdom

have invented certain improvements described in a Patent Application entitled **Module Integration Integrated Circuits** filed herewith, and;

**WHEREAS, SiGe Semiconductor Inc.** (hereinafter referred to as the assignee), whose full post office address is 2680 Queensview Drive, Ottawa, Ontario, K2B 8J9, Canada is desirous of acquiring the entire right, title and interest in and to said invention or inventions and in and to any and all patents to be obtained therefor;

**NOW, THEREFORE**, in consideration of One Dollar ($1.00) and other valuable consideration, the receipt of which is hereby acknowledged, we have and by these presents do hereby sell, assign and transfer unto said assignee, its successors and assigns, the entire right, title and interest in and to said invention or inventions, as described in the aforesaid application, in any form or embodiment thereof, and in and to the aforesaid application, and in and to any applications filed in any foreign country based thereon, including the right to file said foreign applications under the provisions of the International Convention; also the entire right, title and interest in and to any and all patents, reissues or extensions thereof to be obtained in this or any foreign country upon said invention or inventions, and any divisional, continuation, substitute application(s) or supplementary disclosure(s) which may be filed upon said invention or inventions, in any country; and we hereby authorize and request the issuing authority to issue any and all patents on said application or applications to said assignee.

**WE FURTHER AGREE** without any payment by said assignee other than expenses incurred by the undersigned, to communicate to said assignee, its representatives or agents, any facts relating to said invention or inventions, including evidence for interference purposes or for other proceedings, whenever requested; testify in any interference or other proceedings, whenever requested; and execute and deliver, on request, all lawful papers required to make any of the foregoing provisions effective, and likewise make these provisions binding upon our heirs, legal representatives, administrators and assigns.

PATENT
REEL: 015432 FRAME: 0085

## ASSIGNMENT OF INVENTION
## UNIVERSAL

WITNESS:

_____                    Date: _____
Printed name of Witness                            James H. Derbyshire

_____
Signature of Witness


WITNESS:

GREGORY YUEN                                       *Alan J.A. Trainor*   Date: 27 May 2004
Printed name of Witness                            Alan J.A. Trainor

*[signature]*
Signature of Witness


Page 2 of 2


PATENT
REEL: 015432 FRAME: 0086

# ASSIGNMENT OF INVENTION
## UNIVERSAL

WITNESS:

BEVERLY HEMISH
Printed name of Witness

[signature]
Signature of Witness

James Derbyshire    Date: 28 May 2004
**James H. Derbyshire**

WITNESS:

_____
Printed name of Witness

_____
Signature of Witness

_____    Date: _____
**Alan J.A. Trainor**

Page 2 of 2