NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER

James M. Dowd
James.Dowd@wilmerhale.com
Wilmer Cutler Pickering Hale and Dorr
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: (213) 443 5300

ATTORNEY(S) FOR: SKYWORKS SOLUTIONS CANADA INC. et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWORKS SOLUTIONS CANADA INC., ET AL.<br>Plaintiff(s),<br>v.<br>KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., ET AL.<br>Defendant(s) | CASE NUMBER:<br>8:24-cv-00976<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for SKYWORKS SOLUTIONS CANADA INC., SKYWORKS GLOBAL PTE. LTD or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| 1. Skyworks Solutions Canada, Inc. | 1. Plaintiff |
| 2. Skyworks Global Pte. Ltd. | 2. Plaintiff |
| 3. Skyworks Luxembourg S.a.r.l | 3. Owner of more than 10% of outstanding shares in Skyworks Solutions Canada, Inc. and Skyworks Global Pte. Ltd. |
| 4. Skyworks Solutions, Inc. | 4. Owner of more than 10% of outstanding shares in Skyworks Luxembourg S.a.r.l |
| 5. The Vanguard Group, Inc. | 5. Owner of more than 10% of outstanding shares in Skyworks Solutions, Inc. |

May 6, 2024
Date

/s/ James M. Dowd
Signature

Attorney of record for (or name of party appearing in pro per):

SKYWORKS SOLUTIONS CANADA INC. et al.