James M. Dowd (SBN 211280)
*james.dowd@wilmerhale.com*
Derek A. Gosma (SBN 274515)
*derek.gosma@wilmerhale.com*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: +1 213 443 5300

Joseph F. Haag (SBN 248749)
*joseph.haag@wilmerhale.com*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: +1 650 858 6000

Kate Saxton (*Pro Hac Vice Application pending*)
*Kate.Saxton@wilmerhale.com*
George F. Manley (*Pro Hac Vice Application pending*)
*George.Manley@wilmerhale.com*
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: +1 617 526 6000

*Attorneys for Plaintiffs Skyworks Solutions Canada, Inc. and Skyworks Global Pte Ltd.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SKYWORKS SOLUTIONS CANADA, INC. AND SKYWORKS GLOBAL PTE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., <br><br> Defendants. | CASE NUMBER: 8:24-cv-00976 <br><br> **NOTICE OF RELATED CASES [CIVIL L.R. 83-1.3]** |

Pursuant to Local Rule 83-1.3, Plaintiffs Skyworks Solutions Canada, Inc. ("Skyworks Canada") and Skyworks Global Pte Ltd. ("Skyworks Global") (collectively, "Skyworks") hereby give notice that the above-captioned litigation is related to the following action that was concurrently filed in the Central District of California: *Skyworks Solutions, Inc. et al. v. Kangxi Communication Technologies (Shanghai) Co., Ltd. et al.*, No. 8:24-cv-00974 ("*Skyworks I*").

Local Rule 83-1.3 provides that notice of a related case shall be filed and served on all parties who have appeared stating whether any action pending in the Central District of California and the action being filed appear: (a) to arise from the same or substantially identical transactions; happenings or events; or (b) to call for determination of the same or substantially identical questions of law and fact; or (c) likely for other reasons to entail substantial duplication of labor if heard by different judges.

*Skyworks I* involves substantially similar factual allegations and parties as the allegations in this case and accordingly this case is related to *Skyworks I* within the meaning of Local Rule 83-1.3.  For instance, the plaintiff in *Skyworks I* (Skyworks Solutions, Inc.), owns 100% of the outstanding shares of Skyworks Luxembourg S.a.r.l., which in turn owns 100% of the outstanding shares of both Skyworks Canada and Skyworks Global, the plaintiffs in this case.  Further, these actions involve the same defendants and challenge substantially the same course of conduct—namely the defendants' making, using, selling, offering for sale, and/or importing infringing Wi-Fi front-end module chips.

Accordingly, Skyworks respectfully requests that this action be assigned to the same Judge as *Skyworks I*.  Because these matters are being electronically filed, Skyworks does not know to which Judge these matters will be assigned.

| | |
|---|---|
| Dated: May 6, 2024 | Respectfully Submitted, |
| | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| | By: */s/ James M. Dowd* |
| | James M. Dowd (SBN 211280) |
| | *james.dowd@wilmerhale.com* |
| | Derek A. Gosma (SBN 274515) |
| | *derek.gosma@wilmerhale.com* |
| | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| | 350 South Grand Avenue, Suite 2400 |
| | Los Angeles, CA 90071 |
| | Tel: +1 213 443 5300 |
| | |
| | Joseph F. Haag (SBN 248749) |
| | *joseph.haag@wilmerhale.com* |
| | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| | 2600 El Camino Real, Suite 400 |
| | Palo Alto, CA 94306 |
| | Tel: +1 650 858 6000 |
| | |
| | Kate Saxton (*Pro Hac Vice Application Pending*) |
| | *Kate.Saxton@wilmerhale.com* |
| | George F. Manley (*Pro Hac Vice Application Pending*) |
| | *George.Manley@wilmerhale.com* |
| | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| | 60 State Street |
| | Boston, MA 02109 |
| | Tel: +1 617 526 6000 |
| | |
| | *Attorneys for Plaintiffs Skyworks Solutions Canada, Inc. and Skyworks Global Pte Ltd.* |