# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SKYWORKS SOLUTIONS CANADA, INC., et al.<br><br>Plaintiff(s), | CASE NUMBER:<br><br>8:24−cv−00976 |
| v.<br><br>KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., et al.<br><br>Defendant(s). | **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED PRO HAC VICE APPLICATION** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

 5/6/2024        9        Application of Non−Resident Attorney to Appear in a Specific Case Pro Hac Vice
Date Filed    Doc. No.    Title of Doc.

**ERROR(S) WITH DOCUMENT:**

Case number incomplete; missing initials of Judge.

Other:

**Note:    In response to this notice, the Court may: 1) deny the Application; 2) order an amended or corrected document to be filed; 3) order the document stricken; or 4) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:  May 7, 2024         By:  /s/ *Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov*
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**