# EXHIBIT 3

# Shipped on September 18, 2023

| Items Ordered | Price |
|---|---|
| 1 of: *Reyee WiFi 6 Router AX3200 Wireless Internet High Speed Smart Router with 8 Omnidirectional Antennas, Dual Band Gigabit Computer Router Mesh Support for Homes up to 3000 Sq. ft. - E5*<br>Sold by: Reyee Direct (seller profile)<br>Supplied by: Reyee Direct (seller profile)<br><br>Condition: New | $117.99 |

**Shipping Address:**

▉▉▉▉▉▉▉▉▉▉
SKYWORKS SOLUTIONS INC
5221 CALIFORNIA AVE
IRVINE, CA 92617-3073
United States

**Shipping Speed:**
FREE Prime Delivery