# EXHIBIT 4

**EXHIBIT 4**
**SKYWORKS SOLUTIONS CANADA INC.'S AND SKYWORKS GLOBAL PTE LTD.'S INFRINGEMENT CHART**
**KCT8547HE and D-LINK AX1800 Wireless Router**
**U.S. Patent No. 7,409,200**
**Independent Claims 1 and 18**

Skyworks Solutions Canada, Inc. ("Skyworks Canada") and Skyworks Global Pte Ltd ("Skyworks Global") (collectively, "Skyworks") provide this exemplary claim chart for independent claims 1 and 18 of U.S. Patent No. 7,409,200 (the "'200 patent") applied to D-Link Corporation's and D-Link Systems, Inc.'s (collectively, "D-Link") AX1800 wireless router and Kangxi Communication Technologies (Shanghai) Co., Ltd's and Grand Chip Labs, Inc.'s (collectively, "KCT") KCT8547HE product. More particularly, this claim chart is directed to D-Link based on the AX1800 wireless router's incorporation of the KCT8547HE product. This claim chart is also directed to KCT, based on the incorporation of the KCT8547HE in the AX1800 wireless router. The disclosures in this claim chart directed to the KCT8547HE are also more broadly directed to any sale, use, or importation of the KCT8547HE in the U.S., including as a standalone product that is not incorporated in an end product such as a wireless router.

The D-Link AX1800 is a wireless router made in China, as is evidenced by the photo below of a label affixed to the AX1800 wireless router.

1



D-Link's AX1800 wireless router is sold in the United States.  For instance, the D-Link AX1800 is available for purchase on Amazon (*see* Ex. 6 [Amazon Listing]) and is shipped to locations in the United States, as evidenced by the photo below showing a shipment of the D-Link AX1800 to a U.S. address:

**Shipped on September 18, 2023**

| Items Ordered | Price |
|---|---|
| 1 of: *D-Link WiFi 6 Router AX1800 Mesh Voice Control Wireless Dual Band Gigabit Gaming Internet Network for Home (DIR-X1870-US) Black*<br>Sold by: Amazon.com Services LLC<br>Supplied by: Other | $79.99 |

Condition: New

**Shipping Address:**

█████████

SKYWORKS SOLUTIONS INC
5221 CALIFORNIA AVE

n.com/gp/css/summary/print.html?orderID=112-2067794-6329855&ref=ppx_yo2ov_dt_b_invoice

Amazon.com - Order 112-2067794-6329855

IRVINE, CA 92617-3073
United States

D-Link's AX1800 is a certified Wi-Fi 6 product that supports 2.4GHz and 5GHz Wi-Fi bands.  (*See* D-Link, *EXO AX Smart AX1800 Wi-Fi 6 Router*, [https://perma.cc/FV24-7TY5].)  A photo of the D-Link AX1800 is shown below:

3



As shown in the photo below, the D-Link AX1800 has a board containing two Radio-Frequency Front End Modules ("RF FEMs") that support operation on a 5.0GHz Wi-Fi band (yellow box below).



The two RF FEMs contained on the D-Link AX1800's board are KCT8547HE products, as shown by the photo below:



The claim chart below demonstrates infringement by comparing each element of the charted claims to corresponding components, aspects, and/or features of the KCT8547HE product, which is included in the D-Link AX1800 wireless router.  This claim chart is not intended to constitute an expert report on infringement.  This claim chart includes information provided by way of example, and not by way of limitation.

The analysis set forth below is based only upon information from publicly available sources regarding the KCT8547HE product, which is included in the D-Link AX1800 wireless router.  Further analysis of non-public information during fact discovery will likely assist in identifying all infringing features and functionalities used by KCT in the KCT8547HE product.  Accordingly, Skyworks reserves the right to supplement this infringement analysis once such information is made available to Skyworks.  Further, Skyworks reserves the right to supplement this infringement analysis, as appropriate, upon issuance of an order construing any terms recited in the asserted claims or as other circumstances so merit.

Unless otherwise noted, the cited evidence applies across each of D-Link's wireless routers that contain the KCT8547HE product or a similar KCT product, including the D-Link AX1800 wireless router.  Skyworks reserves the right to amend this infringement analysis based on other D-Link wireless routers containing the KCT8547HE.

| Claim | KCT8547HE |
|---|---|
| 1[pre]. An electronic apparatus comprising: | To the extent that the preamble of claim 1 is limiting, the KCT8547HE is an electronic apparatus.<br><br>The KCT8547HE is a product for Wi-Fi connectivity.  For example, the following image for the KCT8547HE is a simplified block diagram for this product.[1]<br><br><br><br>*See, e.g.*, simplified block diagram for KCT8547HE, https://perma.cc/GV2Y-HD8A. |

---

[1] *See* https://perma.cc/GV2Y-HD8A.

| Claim | KCT8547HE |
|---|---|
| | The KCT8547HE is, according to KCT, "a highly integrated RF Front-End Integrated Circuit incorporat[ing] key RF functionality needed for IEEE 802.11a/n/ac/ax WLAN systems operating in the 5.15-5.95GHz range. KCT8547HE-1 integrates a high-efficiency high-linearity power amplifier (PA), a low noise amplifier (LNA) with bypass …."[2]<br><br>For example, the KCT8547HE packaged die below is an electronic apparatus that can make external electrical connections.<br><br><br><br>*See, e.g.* photo of the KCT8547HE product, exterior of package, front (left) and back (right).<br><br>As a further example, the KCT8547HE package contains at least three dies as highlighted in the red boxes below. |

---

[2] *See* https://perma.cc/GV2Y-HD8A.

| Claim | KCT8547HE |
|-------|-----------|
| | *See, e.g.*, photo of the KCT8547HE product showing three dies. |
| 1[A] a first integrated circuit semiconductor die comprising: | The KCT8547HE comprises a first integrated circuit semiconductor die.<br><br>For example, the KCT8547HE has a first integrated circuit semiconductor die identified in the red box below. |

| Claim | KCT8547HE |
|---|---|
| |  *See, e.g.*, photo of the KCT8547HE product identifying the first integrated circuit semiconductor die. |
| 1[B] a first portion of a | The KCT8547HE comprises a first portion of a first signal conditioning circuit integrated within the first integrated circuit die and disposed along a first signal path. |

11

| Claim | KCT8547HE |
|---|---|
| first signal conditioning circuit integrated within the first integrated circuit die and disposed along a first signal path; and | For example, in the KCT8547HE, a first signal conditioning circuit (indicated by the circuitry along the red dashed line below) includes a plurality of circuitry including, but not limited to, power amplifier circuitry and switch circuitry through which a signal passes to make it suitable for transmission. When the KCT8547HE is in transmit mode, the signal follows the first signal path (indicated by the red dashed line below) from the RF IN node (indicated by the corresponding red arrow below) to the antenna node (indicated by the corresponding red arrow below). The first portion of the first signal conditioning circuit (indicated by the red bracket below) is located on the first integrated circuit die (indicated by the corresponding red arrow below) and includes power amplifier circuitry for amplifying a signal before transmission (indicated by the corresponding red arrows below). The first portion of the first signal conditioning circuit extends from the RF IN node to the RF OUT node (indicated by the corresponding red arrow below) of the first integrated circuit die. |

| Claim | KCT8547HE |
|---|---|
| |  *See, e.g.*, photo of the KCT8547HE product identifying the first integrated circuit die with the first portion of the first signal conditioning circuit along the first signal path, the antenna node, power amplifier circuitry, RF IN node, RF OUT node, and the first signal path. |
| 1[C] a second integrated circuit semiconductor | The KCT8547HE comprises a second integrated circuit semiconductor die. For example, the KCT8547HE has a second integrated circuit semiconductor die, highlighted by the red box below. |

| Claim | KCT8547HE |
|---|---|
| die comprising; | <br><br>*See, e.g.*, photo of the KCT8547HE product identifying the second integrated circuit semiconductor die. |

| Claim | KCT8547HE |
|---|---|
| 1[D] a second portion of the first signal conditioning circuit integrated within the second integrated circuit die and disposed along the first signal path for performing a first signal conditioning function along with the first portion of a first signal conditioning circuit for a signal propagating along the first signal path; and, | The KCT8547HE comprises a second portion of the first signal conditioning circuit integrated within the second integrated circuit die and disposed along the first signal path for performing a first signal conditioning function along with the first portion of a first signal conditioning circuit for a signal propagating along the first signal path.<br><br>For example, in the KCT8547HE, the second portion (indicated by the corresponding red bracket below identifying the approximate location of the second portion) of the first signal conditioning circuit includes switch circuitry that allows a signal to be transmitted through the antenna.  The second portion extends from the input to the second integrated circuit die (indicated by the corresponding red arrow below) to the antenna node (indicated by the corresponding red arrow below) of the second integrated circuit die. The second portion of the first signal conditioning circuit lies along the first signal path (indicated by the corresponding red arrow below). The RF OUT node (indicated by the corresponding red arrow below) of the first integrated circuit die connects the first portion of the first signal conditioning circuit (indicated by the corresponding red arrow below) to the second portion of the first signal conditioning circuit (indicated by the corresponding red arrow below) through the input to the second integrated circuit die. |

| Claim | KCT8547HE |
|---|---|
|  |  |

*See, e.g.*, photo of the KCT8547HE product identifying the first signal path, the first integrated circuit die and the second integrated circuit die, the first portion of the first signal conditioning circuit, the second portion of the first signal conditioning circuit, the RF IN node, the RF OUT node, the input to the second integrated circuit die, and the antenna node.

For example, in the KCT8547HE, as indicated in the reverse engineered schematic below for the second integrated circuit die, the second portion of the first signal conditioning circuit (indicated by the red bracket below) is located along the first signal path (indicated by the corresponding red arrow below). When the switch circuit (indicated by the corresponding red arrow below) is appropriately set, a signal at the input to the second

| Claim | KCT8547HE |
|---|---|
|  | integrated circuit die (PA IN) (indicated by the corresponding red arrow below) follows a first signal path (indicated by the green dashed line below) from the input to the second integrated circuit die (indicated by the corresponding red arrow below) through the switch circuit (indicated by the corresponding red arrow below) to the antenna node (indicated by the corresponding red arrow below).<br><br><br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8547HE product's second integrated circuit die, identifying the second portion of the first signal conditioning circuit, the first signal path, the input to the second integrated circuit die, the switch circuit, and the antenna node. |

| Claim | KCT8547HE |
|---|---|
| 1[E] a substrate for supporting the first and second integrated circuit semiconductor dies and for providing electrical connection to and from the first and second integrated circuit semiconductor dies. | The KCT8547HE comprises a substrate for supporting the first and second integrated circuit semiconductor dies and for providing electrical connection to and from the first and second integrated circuit semiconductor dies.<br><br>For example, in the KCT8547HE, the substrate (indicated by the corresponding red arrow below) supports the first and second integrated circuit semiconductor dies (indicated by the corresponding red arrows below). The substrate provides electrical connection (indicated by the exemplary red arrows below) to and from the dies through vias, which appear in the photo below as white circles, that connect to the substrate.<br><br> |

| Claim | KCT8547HE |
|---|---|
| | *See, e.g.*, photo of the KCT8547HE product identifying the first integrated circuit semiconductor die, second integrated circuit semiconductor die, electrical connection, and the substrate.<br><br>For example, in the KCT8547HE, the substrate provides electrical connection to and from the second integrated circuit semiconductor die through an electrical connection such as the via connected to BACK3.<br><br><br><br>*See, e.g.*, layout of the KCT8547HE product's second integrated circuit semiconductor die identifying the second integrated circuit semiconductor die and the electrical connection. |

| Claim | KCT8547HE |
|---|---|
| 18[pre]. A method of manufacturing a module comprising: | To the extent that the preamble of claim 18 is limiting, the KCT8547HE is made by a method of manufacturing a module comprising the steps shown below and for claim elements 18[A]-18[G].<br><br>The KCT8547HE is a product for Wi-Fi connectivity.  For example, the following image for the KCT8547HE is a simplified block diagram for this product.[3]<br><br><br><br>*See, e.g.*, simplified block diagram for KCT8547HE, https://perma.cc/GV2Y-HD8A. |

---

[3] *See* https://perma.cc/GV2Y-HD8A.

| Claim | KCT8547HE |
|---|---|
|  | The KCT8547HE is, according to KCT, "a highly integrated RF Front-End Integrated Circuit incorporate[ing] key RF functionality needed for IEEE 802.11a/n/ac/ax WLAN systems operating in the 5.15-5.95GHz range. KCT8547HE-1 integrates a high-efficiency high-linearity power amplifier (PA), a low noise amplifier (LNA) with bypass …."[4]<br><br>For example, the KCT8547HE module below is an electronic apparatus that can make external electrical connections.<br><br><br><br>*See, e.g.* photo of the KCT8547HE product, exterior of package, front (left) and back (right).<br><br>As a further example, the KCT8547HE module contains at least three separate dies as highlighted in the red boxes below. |

---

[4] *See* https://perma.cc/GV2Y-HD8A.

| Claim | KCT8547HE |
|-------|-----------|
| | <br>*See, e.g.*, photo of the KCT8547HE product showing three dies. |
| 18[A] providing a first signal conditioning circuit comprising a first portion | The KCT8547HE is made by providing a first signal conditioning circuit comprising a first portion and a second portion.<br><br>For example, in the KCT8547HE, a first signal conditioning circuit (indicated by the circuitry along the red dashed line below) includes a plurality of circuitry including, but not limited to, power amplifier circuitry (indicated by the corresponding red arrow below) and switch circuitry through which a signal passes to make it suitable for transmission. When the KCT8547HE is in transmit mode, a signal is processed along the first signal conditioning circuit from the RF IN node (indicated by the corresponding red arrow below) to the antenna node |

| Claim | KCT8547HE |
|---|---|
| and a second portion; | (indicated by the corresponding red arrow below). The first portion of the first signal conditioning circuit (indicated by the corresponding red bracket below) extends from the RF IN node to the RF OUT node on the first semiconductor die (indicated by the corresponding red arrow below). It includes power amplifier circuitry for amplifying a signal before transmission (indicated by the corresponding red arrows below). The second portion (indicated by the corresponding red bracket below identifying the approximate location of the second portion) of the first signal conditioning circuit extends from the input to the second semiconductor die to the antenna node and includes switch circuitry that allows the signal to be transmitted through the antenna when the switch circuit is appropriately set.<br><br> |

| Claim | KCT8547HE |
|---|---|
| | *See, e.g.*, photo of the KCT8547HE product identifying the first and second semiconductor dies, first and second portions of the first signal conditioning circuit, RF IN node, RF OUT node, input to the second semiconductor die, antenna node, and power amplifier circuitry.<br><br>For example, the following image for the KCT8547HE is a simplified block diagram for this product that shows an input to the power amplifier (TX), a power amplifier (PA), switch circuits, and an antenna node (ANT).[5]<br><br><br><br>*See, e.g.*, simplified block diagram for KCT8547HE, https://perma.cc/GV2Y-HD8A. |

---

[5] *See* https://perma.cc/GV2Y-HD8A.

| Claim | KCT8547HE |
|-------|-----------|
|       | The KCT8547HE is, according to KCT, "a highly integrated RF Front-End Integrated Circuit incorporate[ing] key RF functionality needed for IEEE 802.11a/n/ac/ax WLAN systems operating in the 5.15-5.95GHz range. KCT8547HE-1 integrates a high-efficiency high-linearity power amplifier (PA), a low noise amplifier (LNA) with bypass …."[6]<br><br>For example, in the KCT8547HE, as indicated in the reverse engineered schematic below for the second semiconductor die, the second portion of the first signal conditioning circuit (indicated by the red bracket below) is located along a first signal path (indicated by the corresponding red arrow below). When the switch circuit (indicated by the corresponding red arrow below) is appropriately set, a signal at the input to the second semiconductor die (PA IN) (indicated by the corresponding red arrow below) follows the first signal path (indicated by the green dashed line below) from the input to the second semiconductor die (indicated by the corresponding red arrow below) through the switch circuit (indicated by the corresponding red arrow below) to the antenna node (indicated by the corresponding red arrow below). |

---

[6] *See* https://perma.cc/GV2Y-HD8A.

| Claim | KCT8547HE |
|---|---|
| | <br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8547HE product's second semiconductor die, identifying the second portion of the first signal conditioning circuit, the first signal path, the input to the second semiconductor die, the switch circuit, and the antenna node. |
| 18[B] providing a second signal conditioning circuit comprising a | The KCT8547HE is made by providing a second signal conditioning circuit comprising a first portion and a second portion.<br><br>For example, a second signal conditioning circuit in the KCT8547HE (indicated by the circuitry along the red and blue dashed lines below identifying the approximate location of the circuit) includes a plurality of circuitry including, but not limited to, a low noise amplifier and switch circuits through which a signal passes to make a |

| Claim | KCT8547HE |
|---|---|
| first portion and a second portion; | received signal suitable for further processing.  The KCT8547HE's second signal conditioning circuit has a first portion (indicated by the red bracket below) and a second portion (indicated by the blue bracket below). When the KCT8547HE is operating in receive mode, a signal follows a path from the antenna node (indicated by the corresponding red arrow below) to the receive node (indicated by the corresponding red arrow below). The first portion of the second signal conditioning circuit includes a switch that can be appropriately set to allow reception of an incoming signal. The second portion of the second signal conditioning circuit has a low noise amplifier and low noise amplifier bypass path. The low noise amplifier path is used to strengthen a weak received signal. <br><br>  <br><br> *See, e.g.*, photo of the KCT8547HE's second semiconductor die identifying the second signal conditioning circuit, the first and second portions of the second signal conditioning circuit, the antenna node, and the receive node. |

| Claim | KCT8547HE |
|---|---|
| | For example, the following image for the KCT8547HE is a simplified block diagram for this product that shows an antenna node (ANT), switch circuits, and a low noise amplifier (LNA) along a receive path.[7]<br><br><br><br>*See, e.g.*, simplified block diagram for KCT8547HE, https://perma.cc/GV2Y-HD8A.<br><br>The KCT8547HE is, according to KCT, "a highly integrated RF Front-End Integrated Circuit incorporat[ing] key RF functionality needed for IEEE 802.11a/n/ac/ax WLAN systems operating in the 5.15-5.95GHz range. |

---

[7] *See* https://perma.cc/GV2Y-HD8A.

| Claim | KCT8547HE |
|---|---|
| | KCT8547HE-1 integrates a high-efficiency high-linearity power amplifier (PA), a low noise amplifier (LNA) with bypass …."[8] |
| 18[C] implementing the first portion of the first signal conditioning circuit within a first semiconductor die; | The KCT8547HE is made by implementing the first portion of the first signal conditioning circuit within a first semiconductor die.<br><br>For example, in the KCT8547HE, the first signal conditioning circuit (indicated by the circuitry along the red dashed line below) includes a plurality of circuitry including, but not limited to, power amplifier circuitry and switch circuitry through which a signal passes to make it suitable for transmission. The first signal conditioning circuit extends from the RF IN node (indicated by the corresponding red arrow below) to the antenna node (indicated by the corresponding red arrow below). The first portion of the first signal conditioning circuit (indicated by the red bracket below) is located on a first semiconductor die (indicated by the corresponding red arrow below) and includes power amplifier circuitry for amplifying a signal before transmission (indicated by the corresponding red arrows below).  The first portion of the first signal conditioning circuit is located on the first semiconductor die (indicated by the corresponding red arrow below). |

| Claim | KCT8547HE |
|-------|-----------|
| | 

*See, e.g.*, photo of the KCT8547HE product identifying the first semiconductor die, the first signal conditioning circuit, the first portion of the first signal conditioning circuit, the antenna node, power amplifier circuitry, and RF IN node. |
| 18[D] implementing the second portion of the first signal | The KCT8547HE is made by implementing the second portion of the first signal conditioning circuit within a second semiconductor die.

For example, in the KCT8547HE, a first signal conditioning circuit (indicated by the circuitry along the red dashed line below) includes a plurality of circuitry including, but not limited to, power amplifier circuitry and |

| Claim | KCT8547HE |
|---|---|
| conditioning circuit within a second semiconductor die; | switch circuitry through which a signal passes to make it suitable for transmission. The first signal conditioning circuit extends from the RF IN node (indicated by the corresponding red arrow below) to the antenna node (indicated by the corresponding red arrow below). When the KCT8547HE is in transmit mode, the second portion of the first signal conditioning circuit (indicated by the red bracket below identifying the approximate location of the second portion) processes a signal on the second semiconductor die (indicated by the corresponding red arrow below) before it is transmitted to the antenna through the antenna node (indicated by the corresponding red arrow below). The second portion of the first signal conditioning circuit includes switch circuitry that allows the signal to be transmitted through the antenna when the switch circuit is appropriately set. The second portion of the first signal conditioning circuit is located on the second semiconductor die (indicated by the corresponding red arrow below). |

| Claim | KCT8547HE |
|-------|-----------|
|  | <br><br>*See, e.g.*, photo of the KCT8547HE product identifying the RF IN node, the first signal conditioning circuit, the second portion of the first signal conditioning circuit, the second semiconductor die, and the antenna node.<br><br>For example, in the KCT8547HE, as indicated in the reverse engineered schematic below for the second semiconductor die, the second portion of the first signal conditioning circuit (indicated by the red bracket below) is located along the first signal path (indicated by the corresponding red arrow below). When the switch circuit (indicated by the corresponding red arrow below) is appropriately set, a signal at the input to the second semiconductor die (PA IN) (indicated by the corresponding red arrow below) follows the first signal path (indicated by the green dashed line below) from the input to the second semiconductor die (indicated by the |

| Claim | KCT8547HE |
|---|---|
| | corresponding red arrow below) through the switch circuit (indicated by the corresponding red arrow below) to the antenna node (indicated by the corresponding red arrow below).<br><br><br><br>*See, e.g.*, reverse engineered circuit schematic of the KCT8547HE product's second semiconductor die, identifying the second portion of the first signal conditioning circuit, the first signal path, the input to the second semiconductor die, the switch circuit, and the antenna node. |
| 18[E] implementing the first and second | The KCT8547HE is made by implementing the first and second portions of the second signal conditioning circuit in the second semiconductor die.<br><br>For example, the KCT8547HE has a second semiconductor die, highlighted by the red box below. |

| Claim | KCT8547HE |
|---|---|
| portions of the second signal conditioning circuit in the second semiconductor die; | <br><br>*See, e.g.*, photo of the KCT8547HE product identifying the second semiconductor die.<br><br>Further, in the KCT8547HE, the second semiconductor die shown below includes a second signal conditioning circuit (indicated by the circuitry along the dashed blue and red lines below identifying the approximate location |

| Claim | KCT8547HE |
|---|---|
| | of the circuit) with a first portion (indicated by the red bracket below) and a second portion (indicated by the blue bracket below). When the KCT8547HE is operating in receive mode, a signal follows a path from the antenna node (indicated by the corresponding red arrow below) to the receive node (indicated by the corresponding red arrow below). The first portion of the second signal conditioning circuit includes a switch that can be appropriately set to allow reception of an incoming signal. The second portion of the second signal conditioning circuit has a low noise amplifier path (indicated by the continuation of the red dashed line where it branches off from the blue dashed line) and low noise amplifier bypass path (indicated by the blue dashed line below). The low noise amplifier path is used to strengthen a weak received signal.<br><br><br><br>*See, e.g.*, photo of the KCT8547HE's second semiconductor die identifying the second signal conditioning circuit, the first and second portions of the second signal conditioning circuit, the antenna node, and the receive node.<br><br>*See also*, 18[D]. |

| Claim | KCT8547HE |
|---|---|
| 18[F] bonding the first and second dies to a common substrate; and, | The KCT8547HE is made by bonding the first and second dies to a common substrate.<br><br>For example, the KCT8547HE has first and second dies as indicated in the photo below that are bonded to the common substrate by, for example, an adhesive material. Thus, the dies are bonded to the common substrate.<br><br><br><br>*See, e.g.*, photo of the KCT8547HE product identifying the first die, second die, and common substrate. |

| Claim | KCT8547HE |
|---|---|
| | For example, the KCT8547HE has first and second dies (indicated by the corresponding red arrows below) as indicated in the photo below that are bonded to the common substrate (indicated by the corresponding red arrow below) by, for example, an adhesive material. Thus, the dies are bonded to the common substrate.<br><br><br><br>*See, e.g.*, photo of the KCT8547HE product identifying the first die, second die, and common substrate. |

| Claim | KCT8547HE |
|---|---|
| | |
| 18[G] forming electrical connections between the two dies to complete the first signal conditioning circuit from the first portion of the first signal conditioning circuit and the second portion of the first signal conditioning circuit. | The KCT8547HE is made by forming electrical connections between the two dies to complete the first signal conditioning circuit from the first portion of the first signal conditioning circuit and the second portion of the first signal conditioning circuit.<br><br>For example, the KCT8547HE has a first signal conditioning circuit (indicated by the circuitry along the red dashed line below) that extends from a first die with the first portion of the first signal conditioning circuit to a second die with a second portion of the signal conditioning circuit. At least one electrical connection between the first die and the second die is shown below by the corresponding arrow for an electrical connection (a wirebond here). |

| Claim | KCT8547HE |
|-------|-----------|
|       |  |

*See, e.g.*, photo of the KCT8547HE product identifying the first and second portions of the first signal conditioning circuit and electrical connections between the two dies.

Further, in the KCT8547HE, vias connect each die to the substrate to provide another electrical connection (indicated by the exemplary red arrows below) between the two dies to complete the first signal conditioning circuit from the first portion of the first signal conditioning circuit and the second portion of the first signal conditioning circuit. The vias, which appear as white circles in the photo below, pass through the die down to the substrate. Since both the first portion of the first signal conditioning circuit on the first die (indicated by the corresponding red arrow below) and the second portion of the first signal conditioning circuit on the second die

| Claim | KCT8547HE |
|---|---|
| | (indicated by the corresponding red arrow below) have circuitry with connections through vias to the substrate, the vias through the substrate form at least one electrical connection between the two dies to complete the first signal conditioning circuit from the first portion of the first signal conditioning circuit and the second portion of the first signal conditioning circuit.<br><br><br><br>*See, e.g.*, photo of the KCT8547HE product identifying the first die, the second die, the first and second portions of the first signal conditioning circuit, the substrate, and the electrical connection. |

| Claim | KCT8547HE |
|---|---|
| | For example, in the KCT8547HE, an electrical connection (indicated by the corresponding red arrow below) is formed in the second die (indicated by the corresponding red arrow below) through the via which connects to ground ("BACK3").<br><br><br><br>*See, e.g.*, layout of the KCT8547HE product's second die identifying the second die and the electrical connection. |