# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWORKS SOLUTIONS CANADA, INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>KANGXI COMMUNICATION TECHNOLOGIES SHANGHAI CO., LTD. , et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>8:24–cv–00976–FWS–ADS<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __8/1/2024__

Document No.:   __34 and 35__

Title of Document:   __Proof of Service S/C__

**ERROR(S) WITH DOCUMENT:**

Incorrect event selected. Correct event to be used is: Service of Summons and Complaint Returned Executed (21 days) – under Category – Service/Waivers of Summons and Complaints

Proof of Service (subsequent documents) event utilized in docketing this filing. Counsel shall use the SEARCH function on the CM/ECF toolbar for events if you are unsure of the events to use.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __August 2, 2024__          By: __/s/ *Jenny Lam  Jenny_Lam@cacd.uscourts.gov*__
                                            Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Case 8:24-cv-00976-FWS-ADS   Document 36   Filed 08/02/24   Page 2 of 2   Page ID #:519

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

