**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Skyworks Solutions Canada, Inc. et al<br><br>PLAINTIFF(S)<br>v.<br>Kangxi Communication Technologies Shanghai Co., Ltd. et al<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>8:24-cv-00976-FWS-ADS<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 8/1/2024 | 34 & 35 | Proofs of Service S/C |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

- Incorrect event selected. Correct event to be used is: Service of S/C Returned Executed as to USA – under Category – Service/Waivers of Summons and Complaints;

- Summons Returned Unexecuted event utilized in docketing this filing. Counsel shall use the SEARCH function on the CM/ECF toolbar for events if you are unsure of the events to use;

- Filer shall consult the Notice(s) of Deficiency in Electronically Filed Document and correct all deficiencies prior to re-filing;

- Counsel must re-file correct proof of service no later than *August 9, 2024.*

Dated: _____8/7/2024_____       By: _____/s/ Fred W. Slaughter_____
                                                  Fred W. Slaughter
                                                  U.S. District Judge / U.S. Magistrate Judge