|   |   |
|---|---|
| 1 | James M. Dowd (SBN 211280) |
|   | james.dowd@wilmerhale.com |
| 2 | Derek A. Gosma (SBN 274515) |
|   | derek.gosma@wilmerhale.com |
| 3 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 4 | 350 South Grand Avenue, Suite 2400 |
|   | Los Angeles, CA 90071 |
| 5 | Tel: +1 213 443 5300 |
| 6 | Joseph F. Haag (SBN 248749) |
|   | joseph.haag@wilmerhale.com |
| 7 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 8 | 2600 El Camino Real, Suite 400 |
|   | Palo Alto, CA 94306 |
| 9 | Tel: +1 650 858 6000 |
| 10 | Kate Saxton (*Admitted Pro Hac Vice*) |
|   | Kate.Saxton@wilmerhale.com |
| 11 | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 12 | 60 State Street |
|   | Boston, MA 02109 |
| 13 | Tel: +1 617 526 6000 |
| 14 | *Attorneys for Plaintiffs Skyworks Solutions Canada, Inc. and Skyworks Global Pte Ltd.* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| SKYWORKS SOLUTIONS CANADA, INC. AND SKYWORKS GLOBAL PTE LTD. <br> Plaintiffs, <br> v. <br> KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD. <br><br> Defendants. | **CASE NUMBER: 8:24-CV-00976-FWS-ADS** <br><br> **PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT ON GRAND CHIP LABS, INC.** <br><br> **FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT FILED: JULY 17, 2024** |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Skyworks Solutions Canada, Inc and Skyworks Global Pte Ltd. | CIVIL ACTION NO.: 8:24-CV-00976-FWS-ADS |
|---|---|
| vs | *Plaintiff* |
| Kangxi Communication Technologies (Shanghai) Co., Ltd., et al., | |
| | *Defendant* |

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of Nevada ,

That on **07/19/2024** at **2:08 PM** at **401 Ryland Street, Suite 200-A, Reno, NV 89502**

I served a(n) **Summons in a Civil Action on First Amended Complaint for Patent Infringement, First Amended Complaint for Patent Infringement with Exhibits 1 to 11, and Civil Standing Order**

on **Grand Chip Labs, Inc. c/o Registered Agents Inc.**, Registered Agent

by delivering thereat a true copy of each to **"Jane Doe" (refused to provide her first and last name; stating that she is "uncomfortable" giving her name but gave her title as "receptionist")** personally, authorized to accept service thereof.

Description of Person Served:
Gender : Female
Skin : Brown
Hair : Black
Age : 18 - 25 Yrs.
Height : Seated
Weight :161-200 Lbs.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: July 24 , 2024

Jenlee Knight Parker
Reg#: R-2018-000296

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document will be served on all counsel of record by electronic service via the Court's CM/ECF system and/or by electronic mail or U.S. Mail.

                                                          /s/ *James M. Dowd*  
                                                          James M. Dowd