James M. Dowd (SBN 211280)
james.dowd@wilmerhale.com
Derek A. Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: +1 213 443 5300

Joseph F. Haag (SBN 248749)
joseph.haag@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: +1 650 858 6000

Kate Saxton (*Admitted Pro Hac Vice*)
Kate.Saxton@wilmerhale.com
**WILMER CUTLER PICKERING
   HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Tel: +1 617 526 6000

*Attorneys for Plaintiffs Skyworks Solutions Canada, Inc. and Skyworks Global Pte Ltd.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| SKYWORKS SOLUTIONS CANADA, INC. AND SKYWORKS GLOBAL PTE LTD.<br>　　　　　Plaintiffs,<br>v.<br>KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD.<br>　　　　　Defendants. | **CASE NUMBER: 8:24-CV-00976-FWS-ADS**<br><br>**PROOF OF SERVICE OF SUMMONS AND FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT ON D-LINK SYSTEMS, INC.**<br><br>**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT FILED: JULY 17, 2024** |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Skyworks Solutions Canada, Inc. and Skyworks Global Pte Ltd | CIVIL ACTION NO.: 8:24-CV-00976-FWS-ADS |
| vs | *Plaintiff* |
| Kangxi Communication Technologies (Shanghai) Co., Ltd., et al., | |
| | *Defendant* |

## PROOF OF SERVICE

I am not a party herein, am over 18 years of age and reside in the state of California.

That on **07/23/2024** at **12:56 PM** at **14420 Myford Road, Suite 100, Irvine, CA 92606**

I served a(n) **Summons in a Civil Action to First Amended Complaint for Patent Infringement, First Amended Complaint for Patent Infringement with Exhibits 1 to 11, and Civil Standing Order**

on **D-Link Systems, Inc. c/o Brett S Adair, Registered Agent**, by delivering thereat a true copy of each to **Alex Nuno, Network Engineer/co-worker** personally. Said premises is defendant's actual place of business within the state.

On **07/25/2024**, undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at **14420 Myford Road, Suite 100, Irvine, CA 92606.**

Description of Person Served:
Gender : Male
Skin : White
Hair : Black
Age : 22 - 35 Yrs.
Height : 5' 9" - 6' 0"
Weight :131-160 Lbs.
Other :

I declare under penalty of perjury that the forgoing is true and correct.

Dated: July 27, 2024

Gary Hansen
Los Angeles County Reg No. 2988

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document will be served on all counsel of record by electronic service via the Court's CM/ECF system and/or by electronic mail or U.S. Mail.

*/s/ James M. Dowd*
James M. Dowd