Cyndie M. Chang (SBN 227542)
cmchang@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street
Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401

Attorney for Defendant:
*Grand Chip Labs, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| SKYWORKS SOLUTIONS CANADA, INC. AND SKYWORKS GLOBAL PTE LTD.<br><br>Plaintiffs,<br><br>v.<br><br>KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC. AND RUIJIE NETWORKS CO., LTD.<br><br>Defendants. | **CASE NUMBER: 8:24-cv-00976-FWS-ADS**<br><br>**Unopposed Motion for Automatic Stay Under 28 U.S.C. § 1659(a)**<br><br>Date: October 3, 2024<br>Time: 10:00 a.m.<br>Courtroom: 10D<br>Judge: Hon. Fred W. Slaughter |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on October 3, 2024 at 10:00 a.m., or as soon thereafter as this matter may be heard, before the Honorable Fred W. Slaughter in Courtroom 10B of the U.S. District Court for the Central District of California, located at 11 West 4th Street, Room 1053 Santa Ana, CA 92701, Defendant Grand Chip Labs, Inc. ("Grand Chip Labs") moves to stay this case pending the United States International Trade Commission's ("ITC" or "Commission") issuance of a Final Determination in the parallel Investigation No. 337-TA-1413.  This Motion shall be based on this Notice of Motion, the supporting Memorandum of Points and Authorities herein, the pleadings and papers on file, and such further matters as the Court deems appropriate.

Dated:  August 30, 2024

Respectfully submitted,

*/s/ Cyndie M. Chang*
Cyndie M. Chang (SBN 227542)
cmchang@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street
Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401

*Attorney for Defendant Grand Chip Labs, Inc.*

**MEMORANDUM OF POINTS AND AUTHORITIES**

Pursuant to L.R. 7-4 and 28 U.S.C. § 1659(a), Defendant Grand Chip Labs, Inc. ("Grand Chip Labs") moves to stay this case pending the United States International Trade Commission's ("ITC" or "Commission") issuance of a Final Determination in the parallel Investigation No. 337-TA-1413, concerning the same parties and claims as here.  In support of this motion, Grand Chip Labs states as follows:

On July 17, 2024, Skyworks filed a First Amended Complaint in the instant action ("976 action") against Grand Chip Labs and fellow defendants Kangxi Communication Technologies (Shanghai) Co., Ltd., D-Link Corporation, and Rujie Networks Co., Ltd (together, the "Defendants") alleging that the Defendants infringe U.S. Patent No. 7,409,200 (the "'200 Patent").

On the same day, Skyworks Solutions, Inc., filed another First Amended Complaint in *Skyworks Solutions, Inc. v. Kangxi Communications Tech. (Shanghai) Co., Ltd. et al.*, 24-cv-00974 (C.D. Cal.) ("974 action") against the Defendants alleging that they infringe four other patents: U.S. Patent Nos. 8,717,101 (the "'101 Patent"), 9,917,563 ("'563 Patent"), 9,450,579 ("'579 Patent"), and 9,148,194 (the "'194 Patent").

Also on the same day, Skyworks and Skyworks Solutions, Inc. filed a complaint in the ITC, identifying all the Defendants as "Respondents" and alleging they infringe the same five patents at issue here in the 976 and 974 actions. A copy of the ITC's Notice of Investigation ("Notice of Investigation") is attached hereto as Exhibit A.

On August 16, 2024, the Commission instituted the Investigation (Inv. No. 337-TA-1413).

28 U.S.C. § 1659(a) directs that a district court "shall stay, until the determination of the Commission becomes final" any "proceedings in [a] civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission," provided that the party requesting the stay makes such a request within inter alia "30 days after the party is named as a respondent in the

3

proceeding before the Commission." 28 U.S.C. § 1659(a).[1] "When the requirements of section 1659(a) have been met, a stay of a district court action is mandatory." *Polymer Tech. Sys., Inc. v. ACON Labs., Inc.*, No. 18-cv-00805, 2018 WL 3388123, at *2 (S.D. Cal. July 11, 2018), *citing In re Princo*, 478 F.3d 1345, 1355 (Fed. Cir. 2007) ("[Section] 1659 requires that the stay of district court proceedings continue until the Commission proceedings are no longer subject to judicial review").

All conditions necessary to trigger Section 1659(a)'s automatic stay are satisfied here. <u>First</u>, as paragraph 3 of the attached Notice of Institution makes clear, both Skyworks and the Grand Chip Labs are parties to Inv. No. 337-TA-1413, with Grand Chip Labs named as a Respondent in the investigation along with the other Defendants. *See* Ex. A. at 2-3 ¶ 3(a)-(b). <u>Second</u>, the "same issues" are involved both in this civil action and in ITC Inv. No. 337-TA-1413. ITC Inv. No. 337-TA-1413 concerns the Defendants' alleged infringement of five patents including the same patent of concern in this civil action, *i.e.*, the '200 Patent, and overlapping accused products. *See, e.g.*, *Princo Corp.*, 478 F.3d at 1356 (explaining that "same issues" exist where an ITC investigation involves the "same essential patents at issue in the district court proceeding"); *see also, e.g.*, *Polymer*, 2018 WL 3388123, at *2 ("the

---

[1] The full text of the relevant part of 28 U.S.C. § 1659(a) is as follows:

> (a) STAY.—In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission, but only if such request is made within—
>
>   (1) 30 days after the party is named as a respondent in the proceedings before the Commission, or
>
>   (2) 30 days after the district court action is filed,
>
> whichever is later.

As is clear from the text of the statute, 28 U.S.C. § 1659(a) requires only that the request be made by a party in the civil action who is also a respondent in the ITC proceeding. It does not require all defendants or respondents join in the motion.

4

ITC investigation involves the same claims of patent infringement as the present action…. Thus, the present action involves the same issues as the ITC investigation."). Finally, Grand Chip Labs, a named respondent in Inv. No. 337-TA-1371, has made the instant request for stay within the 30-day period provided under Section 1659(a)(1). *See, e.g.*, *Polymer Tech.*, 2018 WL 3388123, at *2.

Plaintiffs Skyworks has indicated to Grand Chip Labs that it "takes no position" on the automatic stay sought in this motion.

WHEREFORE, for the reasons stated above, Defendant Grand Chip Labs, Inc. requests that this civil action shall be stayed pending the ITC's final determination in 337-TA-1413.

Dated:  August 30, 2024

Respectfully submitted,

*/s/ Cyndie M. Chang*
Cyndie M. Chang (SBN 227542)
cmchang@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street
Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401

*Attorney for Defendant Grand Chip Labs, Inc.*

## SIGNATURE CERTIFICATION

I, Cyndie M. Chang, am the ECF user whose identification and password are being used to file this stipulation. Pursuant to Local Rule 5-4.3.4, I hereby certify that the content of this document is acceptable to all other signatories listed, and on whose behalf the filing is submitted, concur in the filings content and have authorized the filing.

                                        */s/Cyndie M. Chang*
                                        Cyndie M. Chang

## L.R. 7-3 CERTIFICATION

This motion is made following the conference of counsel pursuant to L.R. 7-3. The parties initially began communicating about the Motion on August 20, 2024 but due to scheduling issues were unable to meet and confer until August 29, 2024.

## CERTIFICATE OF SERVICE

I certify that I caused the foregoing document to be electronically filed on August 30, 2024, with the Clerk using the CM/ECF System. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the court's CM/ECF system.

                                        */s/ Cyndie M. Chang*
                                        Cyndie M. Chang