James M. Dowd (SBN 211280)
  james.dowd@wilmerhale.com
Derek A. Gosma (SBN 274515)
  derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Telephone: +1 213 443 5300

Joseph F. Haag (SBN 248749)
  joseph.haag@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Telephone +1 650 858 6000

Kate Saxton (*Admitted Pro Hac Vice*)
  Kate.Saxton@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street
Boston, MA 02109
Telephone +1 617 526 6000

*Attorneys for Plaintiffs*

Christopher Kao (SBN 237716)
  Christopher.kao@pillsburylaw.com
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Four Embarcadero Center, 22nd Floor
San Francisco, CA 94111-5998
Telephone: 415.983.1000

*Attorneys for Defendants*
*D-Link Corporation and*
*D-Link Systems, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWORKS SOLUTIONS CANADA, INC., et al.,<br><br>     Plaintiffs,<br><br>  vs.<br><br>KANGXI COMMUNICATION TECHNOLOGIES SHANGHAI CO., LTD., et al.,<br><br>     Defendants. | Case No. 24-cv-00976-FWS-ADS<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiffs Skyworks Solutions Canada, Inc. and Skyworks Global Pte Ltd. (collectively, "Skyworks") and Defendants D-Link Systems, Inc. ("D-Link Systems") and D-Link Corporation ("D-Link Corp."), by and through their undersigned counsel, file this Joint Stipulation for an Extension of Time to Respond to Plaintiffs' First Amended Complaint ("FAC").

The FAC was served on D-Link Systems on July 23, 2024, and the response date was August 13, 2024. D-Link Corp. (a foreign entity) waived service of process on August 30, 2024, making its response due on December 2, 2024 (November 28-29 being holidays).

The parties have met and conferred. D-Link Systems has requested and Skyworks has consented to an extension for D-Link Systems to answer or respond to the FAC, corresponding with the response date of D-Link Corp. The extension will not alter the date of any event or any deadline already fixed by Court order. The new response date will be December 2, 2024 for both entities.

The parties respectfully request that the Court enter an order granting the extension for both entities.

Dated: September 4, 2024    Respectfully submitted,

WILMER CUTLER PICKERING HALE AND DORR LLP

By: */s/ Kate Saxton*
Kate Saxton (admitted *pro hac vice*)

Attorneys for Plaintiffs

Dated: September 4, 2024    PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Christopher Kao*
Christopher Kao

Attorneys for Defendants
D-Link Corporation and D-Link Systems, Inc.

**ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing by email.

Dated: September 4, 2024

                                        */s/ Christopher Kao*
                                        Christopher Kao

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 4, 2024, the foregoing document was electronically filed with the Clerk of the Court for the UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, using Court's Electronic Case Filing (ECF) system. The ECF system routinely sends a "Notice of Electronic Filing" to all attorneys of record who have consented to accept this notice as service of this document by electronic means. Any party not receiving the Court's electronic notification will be sent a copy of the foregoing document.

                                        */s/ Christopher Kao*
                                          Christopher Kao