# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWORKS SOLUTIONS CANADA, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>KANGXI COMMUNICATION TECHNOLOGIES SHANGHAI CO., LTD., et al.,<br><br>Defendants. | Case No. 24-cv-00976-FWS-ADS<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |

Upon consideration of the Joint Stipulation for Extension of Time to Respond to First Amended Complaint submitted by Plaintiffs Skyworks Solutions Canada, Inc. and Skyworks Global Pte Ltd. and Defendants D-Link Systems, Inc. and D-Link Corporation,

IT IS ORDERED that the Stipulation is granted, and the date for D-Link Systems, Inc. and D-Link Corporation to respond to the First Amended Complaint is December 2, 2024.

Dated: _____

_____
Honorable Fred W. Slaughter
United States District Judge