**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYWORKS SOLUTIONS CANADA, INC., et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KANGXI COMMUNICATION TECHNOLOGIES SHANGHAI CO., LTD., et al.,<br><br>　　　　Defendants. | Case No. 24-cv-00976-FWS-ADS<br><br>**ORDER RE JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT [47]** |

///

///

///

1

Having reviewed and considered the Joint Stipulation for Extension of Time to Respond to First Amended Complaint [47] ("Stipulation"), submitted by Plaintiff Skyworks Solutions Canada, Inc. and Plaintiff Skyworks Global Pte Ltd. and Defendant D-Link Systems, Inc. and Defendant D-Link Corporation (together, "Defendants"), the files and records of the case, the applicable law, and for the good cause demonstrated by the Stipulation, the court **GRANTS** the Stipulation and **ORDERS** the following:

The deadline for Defendants to answer, move, or otherwise respond to the First Amended Complaint [23] in the above-captioned matter is **EXTENDED** to and including **December 2, 2024**.

Dated: September 6, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE