| | |
|---|---|
| 1 | James M. Dowd (SBN 211280) |
| 2 | *james.dowd@wilmerhale.com*<br>Derek A. Gosma (SBN 274515) |
| 3 | *derek.gosma@wilmerhale.com*<br>**WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 4 | 350 South Grand Avenue, Suite 2400<br>Los Angeles, CA 90071 |
| 5 | Tel: +1 213 443 5300 |
| 6 | Joseph F. Haag (SBN 248749) |
| 7 | *joseph.haag@wilmerhale.com*<br>**WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 8 | 2600 El Camino Real, Suite 400<br>Palo Alto, CA 94306 |
| 9 | Tel: +1 650 858 6000 |
| 10 | Kate Saxton (*Admitted Pro Hac Vice*) |
| 11 | *Kate.Saxton@wilmerhale.com*<br>**WILMER CUTLER PICKERING HALE AND DORR LLP** |
| 12 | 60 State Street<br>Boston, MA 02109 |
| 13 | Tel: +1 617 526 6000 |
| 14 | *Attorneys for Plaintiffs Skyworks Solutions Canada, Inc. and Skyworks Global Pte. Ltd.* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SKYWORKS SOLUTIONS CANADA, INC. AND SKYWORKS GLOBAL PTE. LTD., <br><br>Plaintiffs,<br><br>v.<br><br>KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD.,<br><br>Defendants. | Case No.: 8:24-cv-00976-FWS-ADS<br><br>**SKYWORKS' APPLICATION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR LEAVE TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3)**<br><br>No Hearing Noticed |

1  Pursuant to Local Rule 79-5.2.2, Plaintiffs Skyworks Solutions Canada, Inc. and Skyworks Global Pte. Ltd. (collectively, "Skyworks") respectfully requests leave to file under seal its *Ex Parte* Application For Leave To Serve Its First Amended Complaint On Foreign Defendant Ruijie Via E-Email Pursuant To Fed. R. Civ. P. 4(f)(3) ("*Ex Parte* Application") and Exhibit 3 thereto.

As discussed in the accompanying Declaration of James M. Dowd, Exhibit 3 is an email that contains personally identifiable information (i.e., the names and email addresses) of employees of both Plaintiffs and defendant Ruijie Networks Co., Ltd. ("Ruijie"). The redacted portions of Skyworks' *Ex Parte* Application provide the names and email addresses of the individuals referenced in Exhibit 3.

Accordingly, in order to protect this personal information from public disclosure, Skyworks respectfully requests an order granting leave to file its *Ex Parte* application and Exhibit 3 under seal.

Dated: September 9, 2024         Respectfully Submitted,

By: */s/ James M. Dowd*
James M. Dowd (SBN 211280)
james.dowd@wilmerhale.com
Derek A. Gosma (SBN 274515)
derek.gosma@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
350 South Grand Avenue, Suite 2400
Los Angeles, CA 90071
Tel: +1 213 443 5300

Joseph F. Haag (SBN 248749)
joseph.haag@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
2600 El Camino Real, Suite 400
Palo Alto, CA 94306
Tel: +1 650 858 6000

Kate Saxton (Admitted *Pro Hac Vice*)
Kate.Saxton@wilmerhale.com
**WILMER CUTLER PICKERING HALE AND DORR LLP**
60 State Street

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Boston, MA 02109
Tel: +1 617 526 6000

*Attorneys for Plaintiffs Skyworks Solutions Canada, Inc. and Skyworks Global Pte. Ltd.*

-2-

SKYWORKS' APPLICATION TO FILE UNDER SEAL
CASE NO.: 8:24-cv-00976-FWS-ADS