**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SKYWORKS SOLUTIONS CANADA, INC. AND SKYWORKS GLOBAL PTE. LTD., <br><br> Plaintiffs, <br><br> v. <br><br> KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD., <br><br> Defendants. | Case No.: 8:24-cv-00976-FWS-ADS <br><br> **[PROPOSED] ORDER GRANTING SKYWORKS' APPLICATION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF ITS *EX PARTE* APPLICATION FOR LEAVE TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3)** |

This matter is before the Court pursuant to Plaintiffs Skyworks Solutions Canada, Inc. and Skyworks Global Pte. Ltd.'s (collectively, "Skyworks") Application To File Under Seal Certain Documents In Support Of Its *Ex Parte* Application For Leave To Serve Its First Amended Complaint On Foreign Defendant Ruijie Via E-Email Pursuant To Fed. R. Civ. P. 4(f)(3) and Exhibit 3 ("Application").  Having considered the briefing, supporting documents, and all other matters properly before the Court, being fully advised on the pleadings, and for good cause appearing:

IT IS HEREBY ORDERED THAT Skyworks' Application is GRANTED. Skyworks shall file under seal its *Ex Parte* Application For Leave To Serve Its First Amended Complaint On Foreign Defendant Ruijie Via E-Email Pursuant To Fed. R. Civ. P. 4(f)(3) and Exhibit 3.

**IT IS SO ORDERED.**

Dated: _____          _____
                                The Hon. Fred W. Slaughter
                                U.S. District Judge