# EXHIBIT 1

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**WASHINGTON, D.C.**

Before the Honorable MaryJoan McNamara
Administrative Law Judge

| In the Matter of | |
|---|---|
| **CERTAIN WIRELESS FRONT-END MODULES AND DEVICES CONTAINING THE SAME** | Inv. No. 337-TA-1413 |

**NOTICE OF APPEARANCE AND**
**DESIGNATION OF LEAD ATTORNEY FOR SERVICE**

Notice is hereby given, pursuant to 19 C.F.R. § 201.11, of the appearance of the following as counsel for Respondent Ruijie Networks Co., Ltd. in the above-captioned investigation:

S. Alex Lasher
QUINN EMANUEL URQUHART & SULLIVAN, LLP
1300 I Street NW, Suite 900
Washington, DC 20005
Tel: (202) 538-8000
Fax: (202) 538-8100

Xiao Liu
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Unit 1301, 13th Floor, Central Park Plaza
10 Chaoyang Park South Road,
Chaoyang District
Beijing 100026
China
Tel: +86 10 53350105

Mark Tung
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
Tel: (650) 801-5000
Fax: (650) 801-5100

Chunmeng Yang
QUINN EMANUEL URQUHART &

SULLIVAN, LLP
1109 First Avenue, Suite 210
Seattle, WA 98101
Tel: (206) 905-7000
Fax: (206) 905-7100

Shengling Zhu
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Unit 502-503, 5th Floor, Nordic House
3 Fenyang Road, Xuhui District
Shanghai 200031
China
Tel: +86 21 34018600

Pursuant to Commission Rule 210.7(b), the lead attorney for the purposes of receiving service of process is S. Alex Lasher. I respectfully request that all copies of notices and documents issued by the Commission and filed by the parties in this proceeding be served at the following email addresses:

**alexlasher@quinnemanuel.com**

**qeruijie@quinnemanuel.com**

DATED: August 23, 2024               Respectfully submitted,

                                                 QUINN EMANUEL URQUHART & SULLIVAN, LLP

By */s/ S. Alex Lasher*
   S. Alex Lasher
   QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
   1300 I Street NW, Suite 900
   Washington, DC 20005
   Tel: (202) 538-8000
   Fax: (202) 538-8100

   Xiao Liu
   QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
   Unit 1301, 13th Floor, Central Park Plaza
   10 Chaoyang Park South Road,
   Chaoyang District
   Beijing 100026
   China
   Tel: +86 10 53350105

   Mark Tung
   QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
   555 Twin Dolphin Dr., 5th Floor
   Redwood Shores, CA 94065
   Tel: (650) 801-5000
   Fax: (650) 801-5100

   Chunmeng Yang
   QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
   1109 First Avenue, Suite 210
   Seattle, WA 98101
   Tel: (206) 905-7000
   Fax: (206) 905-7100

   Shengling Zhu
   QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
   Unit 502-503, 5th Floor, Nordic House

3 Fenyang Road, Xuhui District
Shanghai 200031
China
Tel: +86 21 34018600

*Counsel for Respondent Ruijie*

4

**CERTAIN WIRELESS FRONT-END MODULES AND DEVICES CONTAINING THE SAME**

Inv. No. 337-TA-1413

**CERTIFICATE OF SERVICE**

I, Alex Lasher, hereby certify that on August 23, 2024, copies of the foregoing document were served upon the following parties as indicated:

| | |
|---|---|
| The Honorable Lisa R. Barton<br>Secretary to the Commission<br>U.S. International Trade Commission<br>500 E Street, S.W.<br>Washington, DC 20436 | **Via EDIS** |
| The Honorable MaryJoan McNamara<br>Administrative Law Judge<br>U.S. International Trade Commission<br>500 E Street, SW<br>Washington, DC 20436 | **Via Email:**<br>McNamara337@usitc.gov |
| Linda Chang<br>Office of Unfair Import Investigations<br>U.S. International Trade Commission<br>500 E Street SW, Suite 401<br>Washington, DC 20436 | **Via Email:** linda.chang@usitc.gov |
| *Counsel for Complainants Skyworks Solutions, Inc., Skyworks Solutions Canada, Inc., and Skyworks Global Pte. Ltd.*<br>James M. Dowd, Esq.<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>350 S. Grand Ave, Suite 2400<br>Los Angeles, CA 90071 | **Via Email:** WHSkyworks-KCT1413servicelist@wilmerhale.com |
| *Counsel for Respondent Kangxi Communication Technologies (Shanghai) Co., Ltd.*<br>Timothy Shannon<br>DUANE MORRIS LLP<br>100 High Street, Suite 2400<br>Boston, MA 02110 | **Via Email:**<br>DM_KCT_ITC_1413@duanemorrris.com<br>FM-KCT-1413@fostermurphy.com |

5

| | |
|---|---|
| Telephone: 857.488.4200<br>Facsimile: 857.488.4201 | |
| *Respondent D-Link Corporation*<br>4F 289 Sinhu 3rd Road<br>Neihu District, Taipei,114<br>Taiwan | **Via Email:**<br>Christopher.kao@pillsburylaw.com |
| *Respondent D-Link Systems Inc.*<br>14420 Myford Road, Suite 100<br>Irvine, CA 92606 | **Via Email:**<br>Christopher.kao@pillsburylaw.com |

/s/ *S. Alex Lasher*
S. Alex Lasher