# EXHIBIT 2

**From:** Saxton, Kate
**To:** geruijie
**Subject:** Skyworks v. Kangxi Communications Tech. et. al., Civil Action Nos. 24-974, 24-976
**Date:** Wednesday, September 4, 2024 9:45:00 AM

Counsel for Ruijie-

With respect to the C.D.Cal. cases referenced above, please let me know whether you are authorized to accept service on behalf of Ruijie and, if so, whether Ruijie agrees to waive service under F.R.C.P. 4(d).

Best regards,

Kate


**Kate Saxton | WilmerHale**
60 State Street
Boston, MA 02109 USA
+1 617 526 6253 (t)
+1 617 526 5000 (f)
kate.saxton@wilmerhale.com

 **One Firm. One Legacy.**
WilmerHale celebrates the twentieth anniversary since the merger.

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.