1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| SKYWORKS SOLUTIONS CANADA, INC. AND SKYWORKS GLOBAL PTE. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD.,<br><br>Defendants. | Case No.: 8:24-cv-00976-FWS-ADS<br><br>**[PROPOSED] ORDER GRANTING SKYWORKS'** *EX PARTE* **APPLICATION FOR LEAVE TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3)** |

1  This matter is before the Court pursuant to Plaintiffs Skyworks Solutions
2  Canada, Inc. and Skyworks Global Pte. Ltd.'s (collectively, "Skyworks") *Ex Parte*
3  Application For Leave To Serve Its First Amended Complaint On Foreign
4  Defendant Ruijie Via E-Email Pursuant To Fed. R. Civ. P. 4(f)(3).  Having
5  considered the briefing, supporting documents, and all other matters properly before
6  the Court, being fully advised on the pleadings, and for good cause appearing:

7  IT IS HEREBY ORDERED THAT Skyworks' *Ex Parte* Application For
8  Leave To Serve Its First Amended Complaint On Foreign Defendant Ruijie Via E-
9  Email Pursuant To Fed. R. Civ. P. 4(f)(3) is GRANTED.

**IT IS SO ORDERED.**

Dated: _____      _____
                            The Hon. Fred W. Slaughter
                            U.S. District Judge