**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SKYWORKS SOLUTIONS CANADA, INC. AND SKYWORKS GLOBAL PTE. LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>KANGXI COMMUNICATION TECHNOLOGIES (SHANGHAI) CO., LTD., GRAND CHIP LABS, INC., D-LINK CORPORATION, D-LINK SYSTEMS, INC., AND RUIJIE NETWORKS CO., LTD.,<br><br>Defendants. | Case No. 8:24-cv-00976-FWS-ADS<br><br>**ORDER RE APPLICATION TO FILE UNDER SEAL CERTAIN DOCUMENTS IN SUPPORT OF ITS EX PARTE APPLICATION FOR LEAVE TO SERVE ITS FIRST AMENDED COMPLAINT ON FOREIGN DEFENDANT RUIJIE VIA E-MAIL PURSUANT TO FED. R. CIV. P. 4(F)(3) [51]** |

///

///

///

1  The court has reviewed and considered Skyworks' Application to File Under Seal Certain Documents in Support of its *Ex Parte* Application for Leave to Serve its First Amended Complaint on Foreign Defendant Ruijie Via E-Mail Pursuant to Fed. R. Civ. P. 4(f)(3). (Dkt. 51 ("Application to Seal").)  In the Application to Seal, in summary, Skyworks seeks to redact portions of its *Ex Parte* Application for Leave to Serve its First Amended Complaint on Foreign Defendant Ruijie via E-Mail Pursuant to Fed. R. Civ. P. 4(f)(3) (Dkt. 53) that contain names and email addresses. (*See generally id.*)  Based on the files and records of the case, the applicable law, and for the good cause demonstrated in the Application to Seal, the court **GRANTS** the Application to Seal.  However, the court observes that Skyworks already filed a redacted version of the relevant documents. (Dkt. 53.)  Accordingly, the court at this stage of the proceedings merely **ORDERS** that the Sealed Declaration in Support of Application to Seal (Dkt. 52) shall remain under seal.

Dated:  September 10, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE